

| Customer | Account Number | Bill Period | Bill Date |
|---|---|---|---|
| Eric Barkwell | 560429365 | Jan 13 - Feb 12 | Feb 16, 2009 |

**CONFIDENTIAL**

**1 of 14**

# Hello!

Unfortunately, your account is past due. Please pay the total below immediately.

Sprint is making changes to its policies. Please see the "Sprint News and Notices" box on page 2, the back of this page, for details.

**(706) 593-1495 - 186*314780*2**

| | |
|---|---|
| Previous Balance.................................................................... | $265.31 |
| Payment on Feb 04................................................................... | -$46.56 |
| Payment on Jan 22................................................................... | -$125.00 |
| New Charges........................................................................... | $48.16 |
| **Total Due** | **$141.91** |

You can contact Sprint Customer Service

On the Web:
www.sprint.com

By Phone:
1-888-211-4727

Use your Mobile free of charge:
Dial *2 to contact Customer Service
Dial *3 to make a one-time payment

 



#BWNKCTX
#0000 0560429365 B 8#
MANIFESTLINE-----------------

ERIC BARKWELL
912 INCLINE DR
COLUMBUS, GA 31904-2411

Detach and return this remittance form with your payment.
Past due amount of $93.75 due immediately. New charges due by Mar 09.
Account Number 560429365

Amount due $141.91

Amount Enclosed $

PO BOX 105243
ATLANTA, GA 30348-5243

560429365 00000004816 000000093750 000000141915

BKW 000206


Sprint

| Customer | Account Number | Bill Period | Bill Date |
|---|---|---|---|
| Eric Barkwell | 560429365 | Jan 13 - Feb 12 | Feb 16, 2009 |


CONFIDENTIAL
**2 of 14**

### SPRINT NEWS AND NOTICES
This section contains important updates about your Sprint Services, Including Service or Rate Changes, Promotions and Offers.

**Sprint TV Channel Lineup Change**
The Sprint TV channel lineup is changing. Please see sprint.com/tvguide for current sources of news, weather, sports and exclusive Sprint content.

### Did You Know?
You can access your current usage details online. Take control of your spending and better manage your account by logging on to check your usage at sprint.com. You can even compare and change plans to make sure you are getting the most out of your wireless service!

### Software Updates Available
Keep your phone's software current by checking for updates regularly. Go to sprint.com/support and select your phone model to see if a software update is available for your phone. That's getting it done right now.

### Hearing Aid Compatibility
Sprint offers a variety of handsets that have been rated for compatibility with several types of hearing aids. Please visit sprint.com/accessibility for more information.

## IMPORTANT INFORMATION RELATING TO YOUR SPRINT BILL

**Billing Information.** This bill is due on the date shown. A late payment charge applies for unpaid balances and is charged at the highest rate permissible by law. Sprint Nextel will impose a $25 charge for each returned check. Service is subject to disconnection if payment is not received by the due date shown. Contact us first with any billing disputes. Disputes must be made within 60 days of the date of the bill. Charges that are not properly disputed will be deemed accepted and due by the date shown. Roaming charges accrued during the billing period may appear on subsequent bills because of third party processing delays.
**Contacting Sprint.** Address written correspondence to: Sprint Customer Service, PO Box 8077, London, KY 40742. Include your name and account number on any written correspondence to Sprint. Please do not include any correspondence in your bill.

### OTHER IMPORTANT INFORMATION
**E911.** Enhanced 911 (E911) services, which provide public safety officials your location during a 911 call are not available everywhere and at all times. E911 availability is dependent on many factors, including the ability of particular local public safety agencies to receive and process location information, the capabilities of your equipment and other factors affecting the delivery of services.
**Privacy Information.** You can access Sprint's privacy policy online at sprint.com. We recommend that you use a unique password to enhance the security of your account because they help prevent unauthorized persons from accessing your account information. When setting up a password, don't use commonly used or known numbers or facts (e.g., birthdays and SSNs).

**Early Termination Fee.** An ETF of up to $200 per line applies if you terminate service early. Subscriber agreements starting after Nov. 2008 are subject to Sprint's prorated policy ($200 through month 5 of term, decreasing $10 a month until $50 minimum applies to remaining term). Visit sprint.com/etf for details.
**Terms and Conditions.** The terms and conditions of Sprint service sometimes change so please visit sprint.com/termsandconditions for the most current version.

---

NAME _____

MAILING ADDRESS _____

CITY _____ STATE _____ ZIP _____

EMAIL _____

[ ] E-Bill: Receive your bill by email (You will no longer receive paper bills.)
[ ] Receive Sprint updates and special offers via email

Your Protection is our Priority
Sprint is taking extra steps to further protect your information by asking you to create a Personal Identification Number (PIN) to use when calling Care or visiting a retail store. Visit www.sprint.com/pin & set your PIN today!

Sign up to have your Sprint bill automatically paid every month using your checking account by visiting www.sprint.com.



| Customer | Account Number | Bill Period | Bill Date | |
|---|---|---|---|---|
| Eric Barkwell | 560429365 | Jan 13 - Feb 12 | Feb 16, 2009 | **3 of 14** |

# Charges (Old Plan)

## Jan 25 - Feb 12 Prorated Charges

### (706) 593-1495

| | |
|---|---|
| Jan 25 - Feb 12 Talk Plan - 450 Anytime Minutes Included.......................................... | $23.99 |
| Feb 03 - Feb 12 Credit: Talk Plan - 450 Anytime Minutes Included............................. | -$13.33 |
| Feb 03 - Feb 12 Everything Messaging - 450 Anytime Minutes Included..................... | $16.66 |
| Feb 04 - Feb 12 Credit: Everything Messaging - 450 Anytime Minutes Included.......... | -$15.00 |
| Jan 25 - Feb 12 Unlimited Nights&Weekends-7pm........................................................ | $0.00 |
| Jan 25 - Feb 12 Credit: Everything Messaging - 900 Anytime Minutes Included.......... | -$41.99 |
| | -$29.67 |

You have recently changed your plan. Because you paid service charges in advance you may have been given a pro-rated credit.

BKW 000208



Customer: Eric Barkwell
Account Number: 560429365
Bill Period: Jan 13 - Feb 12
Bill Date: Feb 16, 2009

# Charges (New Plan)

## Jan 25 - Feb 12 Single Plan - Prorated Charges

**(706) 593-1495**

| | |
|---|---|
| Feb 04 - Feb 12 Talk Plan - 450 Anytime Minutes Included | $12.00 |
| Jan 25 - Feb 12 300 Messages with Picture Mail - Messaging Plan | $3.00 |
| Feb 04 - Feb 12 Credit: 300 Messages with Picture Mail - Messaging Plan | -$1.50 |
| Feb 04 - Feb 12 Unlimited Nights&Weekends-7pm | $0.00 |
| Jan 25 - Feb 12 Credit: Total Equipment Protection - $3 insurance premium & $4 service/repair | -$4.20 |

## Jan 13 - Feb 12 Single Plan - Non-Prorated Charges

**(706) 593-1495**

| | |
|---|---|
| 4 SMS Text Messages @ $.20/msg | $0.80 |
| 12 KB Casual Data Usage @ $.03/KB | $0.36 |
| Sprint: Ringers - Chicken Fried-Zac Br -02/04 | $2.50 |
| Handset Upgrade Fee | $18.00 |
| Refund: Premium Services | -$2.50 |

### Total Anytime Minutes Used

(706) 593-1495 ............... 281

You requested a plan change on Feb 04. Your new Talk 450 plan took effect on Feb 04.

You have until Mar 05 to sign up for Total Equipment Protection for 706-593-1495. Call Sprint at *2 from your Sprint phone to enroll. Or call (800) 584-3666 to enroll through Asurion, the program administrator.

CONFIDENTIAL



| Customer | Account Number | Bill Period | Bill Date |
|---|---|---|---|
| Eric Barkwell | 560429365 | Jan 13 - Feb 12 | Feb 16, 2009 |

# Charges (Next Month)

### Feb 13 - Mar 12 New Single Plan

**(706) 593-1495**

| | |
|---|---|
| Talk Plan - 450 Anytime Minutes Included.................................................... | $39.99 |
| Unlimited Nights&Weekends-7pm........................................................... | $0.00 |

Because Sprint bills in advance, your March charges are in this bill.

| | |
|---|---|
| **Late Payment**.................................................................. | $4.21 |
| **Sprint Surcharges**........................................................... | $1.88 |
| **Government Taxes & Fees**.............................................. | $3.29 |
| **Total** | **$48.16** |

BKW 000210

# Now it really pays to have friends.



**Refer a friend and get $25.**

Do you want to give your friends the great wireless service they deserve and get rewarded for your efforts? Then refer your friends to Sprint today. When you do, each of you will receive a $25 Sprint Referral Rewards Visa® debit card.

Plus, once they sign up for Sprint, your friends will be getting all the cool phones and sweet features available.

- Worry-free plans like Simply Everything℠
- One-on-one personalized service
- Easy-to-use, feature-rich phones

You can refer up to 12 people each year. So start referring people now, because the more you refer, the more you earn.

**Go to sprint.com/referafriend for more information.**

Referral Program: Offer ends 45 days from the date on your invoice. Accounts are limited to 12 referrals/year. Subscribers must have active service for 24 hours before making a referral. Customer cannot refer him/herself. Referred customer must contact Sprint and complete the referral process within 15 days of their activation. Referred/referring customers must maintain an active account for 30 consecutive days to receive reward. Allow 6 to 8 weeks for reward. Government- and corporate-liable accounts, and Sprint affiliate and associated third-party employees are not eligible. Offer may not be available in all areas. Sprint reserves the right to modify, extend or cancel offers at any time. Excludes customers who are subscribed only to Nextel Direct Connect plans or Sprint data cards. ©2008 Sprint. All rights reserved. Sprint and other trademarks are trademarks of Sprint Nextel. Cards are issued by Citibank, N.A. pursuant to a license from Visa U.S.A. Inc. and managed by Ecount, a Citibank, N.A. business. All other trademarks are property of their respective owners.
1000CDA1



## Get a phone you like for a price you love.

You could save big on your next new phone with the Sprint New For You℠ Upgrade Program.

**Learn more, check your eligibility and see the savings at sprint.com/upgrade.**

Requires a plan in good standing of $34.99/month or higher and a one- or two-year service agreement.
2000AXA2



## Thanks for being a valued Sprint customer.

sprint.com



## Get more with wireless.



Check out our Bluetooth® wireless headsets today and find one with the price, style and performance to fit your every need.

**Bluetooth headsets starting as low as $39.99 every day!**

**Call** 1-800-SPRINT1.
**Click** sprint.com.
**Visit** your nearest Sprint store.

The Bluetooth® word mark and logos are owned by the Bluetooth SIG, Inc. and any use of such marks is under license.
4000AQA4

BKW 000211



# Details, details...

**(706) 593-1495**
**Old Plan**

Everything Messaging
Anytime Minutes
Caller ID
Domestic LD Rate $0
Long Distance While Roaming

America - Roaming Included
Call Detail
Cellular Minutes
Enhanced VoiceMail
Mobile To Mobile Minutes

**(706) 593-1495**
**Old Plan**

Everything Messaging
Anytime Minutes
Caller ID
Direct Connect Cross Fleet
Domestic LD Rate $0
Group Connect on Nextel
Mobile To Mobile Minutes
Talkgroup(SM)

America - Roaming Included
Call Detail
Cellular Minutes
Direct Connect on Nextel
Enhanced VoiceMail
Long Distance While Roaming
Nationwide Direct Connect

**(706) 593-1495**
**Old Plan**

Talk Plan
Anytime Minutes
Caller ID
Domestic LD Rate $0
Long Distance While Roaming

America - Roaming Included
Call Detail
Cellular Minutes
Enhanced VoiceMail
Mobile To Mobile Minutes

**(706) 593-1495**
**New Plan**

Talk Plan
Anytime Minutes
Caller ID
Domestic LD Rate $0
Long Distance While Roaming

America - Roaming Included
Call Detail
Cellular Minutes
Enhanced VoiceMail
Mobile To Mobile Minutes

**New Add On Services for (706) 593-1495**

Disable NAI Functionality

Unlimited Nights&Weekends-7pm



| Customer | Account Number | Bill Period | Bill Date |
|---|---|---|---|
| Eric Barkwell | 560429365 | Jan 13- Feb 12 | Feb 16, 2009 |

**8 of 14**

# Details, details (continued)...

### Sprint Surcharges

Sprint Surcharges are rates we choose to collect from you to help defray costs imposed on us. Surcharges are not taxes or amounts we are required to collect from you by law. Surcharges may include: Federal USF, regulatory charges, administrative charges, gross receipts charges, and other charges incurred to recover costs associated with governmental programs. The amounts, and the components used to calculate Surcharge amounts, are subject to change.

| | |
|---|---|
| Federal-Univ Serv Assess Non-LD | $0.69 |
| Administrative Charge | $0.99 |
| Regulatory Charge | $0.20 |
| | $1.88 |

### Government Fees & Taxes

Taxes and fees Sprint is required to collect from customers on behalf of the government.

| | |
|---|---|
| Georgia State-Sales Tax | $1.52 |
| Muscogee County-911 Tax | $1.00 |
| Muscogee County-Sales Tax | $0.77 |
| | $3.29 |

BKW 000213


# Call details

**Want a shorter bill?**
Switch to summary format by calling Sprint Customer Service or by visiting www.sprint.com.

(706) 593-1495

| # | Date | Time | Phone Number | Call Destination | Rate Type | Minutes Used | Total Charges |
|---|------|------|--------------|------------------|-----------|--------------|---------------|
| 1 | 01/13 | 01:13 PM | VoiceMail | COLUMBUS,GA | PU | 3 | |
| 2 | 01/14 | 08:41 PM | 706-464-9877 | COLUMBUS,GA | NW/PU | 3 | |
| 3 | 01/15 | 05:20 PM | 706-494-0016 | COLUMBUS,GA | PU | 1 | |
| 4 | 01/15 | 05:20 PM | VoiceMail | COLUMBUS,GA | PU | 1 | |
| 5 | 01/16 | 12:21 PM | 484-238-6846 | NORRISTOWN,PA | PU | 1 | |
| 6 | 01/16 | 12:22 PM | VoiceMail | COLUMBUS,GA | PU | 2 | |
| 7 | 01/16 | 06:20 PM | 269-768-2926 | Incoming | PU | 1 | |
| 8 | 01/16 | 09:16 PM | 706-987-6197 | Incoming | NW/PU | 7 | |
| 9 | 01/16 | 09:26 PM | 706-718-2477 | COLUMBUS,GA | NW/PU | 2 | |
| 10 | 01/17 | 12:19 PM | VoiceMail | COLUMBUS,GA | NW/PU | 1 | |
| 11 | 01/17 | 04:28 PM | 706-464-9877 | COLUMBUS,GA | NW/PU | 4 | |
| 12 | 01/17 | 06:26 PM | 706-464-9877 | Incoming | NW/PU | 2 | |
| 13 | 01/17 | 07:11 PM | 706-327-5275 | COLUMBUS,GA | NW/PU | 1 | |
| 14 | 01/17 | 07:48 PM | 706-289-2022 | COLUMBUS,GA | NW/PU | 1 | |
| 15 | 01/17 | 07:58 PM | 706-327-5275 | COLUMBUS,GA | NW/PU | 1 | |
| 16 | 01/17 | 08:33 PM | 706-416-7309 | LA GRANGE,GA | NW/PU | 1 | |
| 17 | 01/17 | 10:30 PM | 404-862-0164 | Incoming | MM/PU | 5 | |
| 18 | 01/18 | 12:02 AM | 706-573-7425 | COLUMBUS,GA | NW/PU | 16 | |
| 19 | 01/18 | 12:16 PM | 706-464-9877 | Incoming | NW/PU | 2 | |
| 20 | 01/18 | 01:41 PM | 404-862-0164 | Incoming | MM/PU | 5 | |
| 21 | 01/18 | 01:45 PM | 706-464-9877 | COLUMBUS,GA | NW/PU | 1 | |
| 22 | 01/18 | 02:16 PM | 706-464-9877 | COLUMBUS,GA | NW/PU | 1 | |
| 23 | 01/18 | 02:59 PM | 706-464-9877 | COLUMBUS,GA | NW/PU | 2 | |
| 24 | 01/18 | 05:23 PM | 706-563-3304 | Incoming | NW/PU | 1 | |
| 25 | 01/18 | 05:24 PM | 706-563-3304 | COLUMBUS,GA | NW/PU | 1 | |
| 26 | 01/18 | 06:14 PM | 706-576-6633 | COLUMBUS,GA | NW/PU | 9 | |
| 27 | 01/18 | 06:42 PM | 706-576-6633 | COLUMBUS,GA | NW/PU | 2 | |
| 28 | 01/18 | 06:50 PM | 404-862-0164 | Incoming | MM/PU | 7 | |
| 29 | 01/18 | 07:29 PM | 706-576-6633 | COLUMBUS,GA | NW/PU | 2 | |
| 30 | 01/18 | 08:17 PM | 706-569-7455 | COLUMBUS,GA | NW/PU | 1 | |
| 31 | 01/20 | 10:38 AM | VoiceMail | COLUMBUS,GA | PU | 1 | |
| 32 | 01/20 | 10:52 AM | 770-495-8149 | Incoming | PU | 5 | |
| 33 | 01/20 | 04:46 PM | VoiceMail | COLUMBUS,GA | PU | 1 | |
| 34 | 01/21 | 09:54 AM | VoiceMail | COLUMBUS,GA | PU | 2 | |
| 35 | 01/22 | 12:20 PM | 770-745-0557 | Incoming | PU | 1 | |
| 36 | 01/22 | 01:50 PM | 706-442-4082 | Incoming | PU | 6 | |
| 37 | 01/22 | 05:09 PM | 706-576-6633 | Incoming | PU | 3 | |
| 38 | 01/22 | 05:13 PM | 404-862-0164 | Incoming | MM/PU | 3 | |
| 39 | 01/22 | 05:44 PM | 404-862-0164 | Incoming | MM/PU | 2 | |
| 40 | 01/22 | 06:54 PM | 404-862-0164 | Incoming | MM/PU | 6 | |

PU - Plan/Promotional Usage    NW - Night and Weekends    MM - Sprint Mobile to Mobile


# Call details

### (706) 593-1495 (Continued)

| | Date | Time | Phone Number | Call Destination | Rate Type | Minutes Used | Total Charges |
|---|---|---|---|---|---|---|---|
| 41 | 01/22 | 08:12 PM | VoiceMail | COLUMBUS,GA | NW/PU | 1 | |
| 42 | 01/22 | 08:14 PM | 706-576-6633 | COLUMBUS,GA | NW/PU | 4 | |
| 43 | 01/22 | 08:42 PM | 706-576-6633 | COLUMBUS,GA | NW/PU | 3 | |
| 44 | 01/23 | 02:05 PM | 706-315-1392 | Incoming | PU | 3 | |
| 45 | 01/23 | 03:45 PM | VoiceMail | COLUMBUS,GA | PU | 1 | |
| 46 | 01/23 | 07:05 PM | 706-442-4082 | Incoming | NW/PU | 1 | |
| 47 | 01/26 | 01:11 PM | VoiceMail | COLUMBUS,GA | PU | 1 | |
| 48 | 01/26 | 04:06 PM | VoiceMail | COLUMBUS,GA | PU | 1 | |
| 49 | 01/26 | 04:13 PM | 706-464-9877 | COLUMBUS,GA | PU | 7 | |
| 50 | 01/26 | 05:50 PM | 770-444-0773 | ATLANTA NW,GA | PU | 1 | |
| 51 | 01/26 | 06:07 PM | 706-573-6633 | COLUMBUS,GA | PU | 1 | |
| 52 | 01/26 | 06:08 PM | 706-576-6633 | COLUMBUS,GA | PU | 1 | |
| 53 | 01/27 | 01:29 PM | VoiceMail | COLUMBUS,GA | PU | 1 | |
| 54 | 01/28 | 11:07 AM | VoiceMail | COLUMBUS,GA | PU | 2 | |
| 55 | 01/28 | 04:36 PM | VoiceMail | COLUMBUS,GA | PU | 1 | |
| 56 | 01/29 | 02:01 PM | VoiceMail | COLUMBUS,GA | PU | 1 | |
| 57 | 01/29 | 02:07 PM | 706-464-9877 | COLUMBUS,GA | PU | 7 | |
| 58 | 01/29 | 02:23 PM | 706-576-6633 | COLUMBUS,GA | PU | 2 | |
| 59 | 01/29 | 07:43 PM | VoiceMail | COLUMBUS,GA | NW/PU | 1 | |
| 60 | 01/29 | 10:22 PM | 706-888-8364 | Incoming | NW/PU | 2 | |
| 61 | 01/29 | 10:24 PM | VoiceMail | COLUMBUS,GA | NW/PU | 1 | |
| 62 | 01/30 | 10:17 AM | 770-444-0773 | Incoming | PU | 16 | |
| 63 | 01/30 | 03:51 PM | VoiceMail | COLUMBUS,GA | PU | 1 | |
| 64 | 01/30 | 04:29 PM | 706-464-9877 | Incoming | PU | 1 | |
| 65 | 01/30 | 05:07 PM | 706-289-2022 | COLUMBUS,GA | PU | 2 | |
| 66 | 01/30 | 05:09 PM | 706-327-5275 | COLUMBUS,GA | PU | 1 | |
| 67 | 01/30 | 05:32 PM | 706-289-2022 | COLUMBUS,GA | PU | 2 | |
| 68 | 01/30 | 06:41 PM | 404-862-0164 | Incoming | MM/PU | 3 | |
| 69 | 01/30 | 07:07 PM | 706-327-5275 | COLUMBUS,GA | NW/PU | 1 | |
| 70 | 01/30 | 07:07 PM | 706-289-2022 | COLUMBUS,GA | NW/PU | 2 | |
| 71 | 01/30 | 07:09 PM | VoiceMail | COLUMBUS,GA | NW/PU | 1 | |
| 72 | 01/30 | 07:20 PM | 706-327-5275 | COLUMBUS,GA | NW/PU | 1 | |
| 73 | 01/30 | 07:29 PM | 706-416-7309 | LA GRANGE,GA | NW/PU | 1 | |
| 74 | 01/30 | 07:30 PM | 706-563-3304 | COLUMBUS,GA | NW/PU | 3 | |
| 75 | 01/30 | 07:32 PM | 706-289-2022 | Incoming | NW/CW/PU | 2 | |
| 76 | 01/30 | 07:33 PM | 706-563-3304 | COLUMBUS,GA | NW/PU | 2 | |
| 77 | 01/30 | 07:39 PM | 706-464-9877 | Incoming | NW/PU | 1 | |
| 78 | 01/30 | 07:51 PM | 706-327-5275 | COLUMBUS,GA | NW/PU | 2 | |
| 79 | 01/30 | 08:34 PM | 706-888-8364 | COLUMBUS,GA | NW/PU | 1 | |
| 80 | 01/30 | 08:37 PM | 706-577-0231 | COLUMBUS,GA | NW/PU | 1 | |
| 81 | 01/30 | 08:38 PM | 985-373-8120 | MANDEVILLE,LA | NW/PU | 1 | |
| 82 | 01/30 | 09:24 PM | 706-888-8364 | COLUMBUS,GA | NW/PU | 4 | |

NW - Night and Weekends    PU - Plan/Promotional Usage    MM - Sprint Mobile to Mobile    CW - Call Waiting



Sprint

| Customer | Account Number | Bill Period | Bill Date |
|---|---|---|---|
| Eric Barkwell | 560429365 | Jan 13 - Feb 12 | Feb 16, 2009 |

# Call details

## (706) 593-1495 (Continued)

| # | Date | Time | Phone Number | Call Destination | Rate Type | Minutes Used | Total Charges |
|---|---|---|---|---|---|---|---|
| 83 | 01/30 | 09:28 PM | 706-718-2477 | COLUMBUS,GA | NW/PU | 2 | |
| 84 | 01/30 | 09:31 PM | 706-587-7645 | COLUMBUS,GA | NW/PU | 2 | |
| 85 | 01/30 | 09:33 PM | 706-563-3304 | Incoming | NW/PU | 1 | |
| 86 | 01/30 | 10:11 PM | 706-577-2943 | Incoming | NW/PU | 1 | |
| 87 | 01/30 | 11:15 PM | 706-587-7645 | COLUMBUS,GA | NW/PU | 1 | |
| 88 | 01/30 | 11:33 PM | 404-291-1082 | ATLANTA,GA | NW/PU | 65 | |
| 89 | 01/31 | 01:34 PM | VoiceMail | COLUMBUS,GA | NW/PU | 1 | |
| 90 | 01/31 | 04:08 PM | VoiceMail | COLUMBUS,GA | NW/PU | 1 | |
| 91 | 01/31 | 04:30 PM | 404-862-0164 | Incoming | MM/PU | 1 | |
| 92 | 01/31 | 06:57 PM | 404-291-1082 | ATLANTA,GA | NW/PU | 6 | |
| 93 | 01/31 | 08:22 PM | 706-563-3304 | Incoming | NW/PU | 1 | |
| 94 | 01/31 | 09:29 PM | 706-576-6633 | COLUMBUS,GA | NW/PU | 1 | |
| 95 | 01/31 | 09:36 PM | 706-442-4082 | COLUMBUS,GA | NW/PU | 1 | |
| 96 | 01/31 | 09:39 PM | 770-605-0338 | ATLANTA NE,GA | NW/PU | 1 | |
| 97 | 01/31 | 09:53 PM | 404-291-1082 | ATLANTA,GA | NW/PU | 11 | |
| 98 | 01/31 | 10:07 PM | 404-291-1082 | ATLANTA,GA | NW/PU | 1 | |
| 99 | 01/31 | 10:40 PM | 404-291-1082 | ATLANTA,GA | NW/PU | 3 | |
| 100 | 02/01 | 01:59 PM | 404-291-1082 | ATLANTA,GA | NW/PU | 3 | |
| 101 | 02/01 | 04:01 PM | 404-291-1082 | Incoming | NW/PU | 3 | |
| 102 | 02/01 | 04:05 PM | 404-291-1082 | Incoming | NW/PU | 1 | |
| 103 | 02/01 | 08:10 PM | 706-888-8364 | COLUMBUS,GA | NW/PU | 2 | |
| 104 | 02/01 | 10:37 PM | 404-291-1082 | ATLANTA,GA | NW/PU | 1 | |
| 105 | 02/01 | 10:43 PM | 404-291-1082 | ATLANTA,GA | NW/PU | 1 | |
| 106 | 02/01 | 10:44 PM | 404-291-1082 | Incoming | NW/PU | 1 | |
| 107 | 02/01 | 10:46 PM | 404-291-1082 | Incoming | NW/PU | 6 | |
| 108 | 02/01 | 10:55 PM | 404-291-1082 | Incoming | NW/PU | 4 | |
| 109 | 02/02 | 02:02 AM | 404-291-1082 | ATLANTA,GA | NW/PU | 1 | |
| 110 | 02/02 | 02:05 AM | 770-745-0557 | ATLANTA NW,GA | NW/PU | 1 | |
| 111 | 02/02 | 02:06 AM | 404-291-1082 | Incoming | NW/CW/PU | 1 | |
| 112 | 02/02 | 02:34 AM | 404-291-1082 | ATLANTA,GA | NW/PU | 1 | |
| 113 | 02/03 | 01:27 PM | 404-291-1082 | Incoming | PU | 2 | |
| 114 | 02/03 | 01:30 PM | 706-410-3944 | ATHENS,GA | PU | 1 | |
| 115 | 02/03 | 01:45 PM | 770-444-0773 | ATLANTA NW,GA | PU | 1 | |
| 116 | 02/03 | 03:04 PM | VoiceMail | COLUMBUS,GA | PU | 1 | |
| 117 | 02/03 | 03:09 PM | 706-410-3944 | ATHENS,GA | PU | 10 | |
| 118 | 02/03 | 05:38 PM | 706-464-9877 | Incoming | PU | 3 | |
| 119 | 02/03 | 05:43 PM | 770-444-0773 | ATLANTA NW,GA | PU | 8 | |
| 120 | 02/03 | 09:01 PM | 404-442-4082 | ATLANTA,GA | NW/PU | 1 | |
| 121 | 02/03 | 09:03 PM | 706-718-2477 | Incoming | NW/PU | 3 | |
| 122 | 02/03 | 11:03 PM | 706-593-1495 | VOICE MAIL,GA | NW/AM/PU | 1 | |
| 123 | 02/03 | 11:30 PM | VoiceMail | COLUMBUS,GA | NW/PU | 2 | |

NW - Night and Weekends   PU - Plan/Promotional Usage   MM - Sprint Mobile to Mobile   CW - Call Waiting
AM - Off Network - Included in America Plan

CONFIDENTIAL

| Customer | Account Number | Bill Period | Bill Date |
|---|---|---|---|
| Eric Barkwell | 560429365 | Jan 13 - Feb 12 | Feb 16, 2009 |

**12 of 14**

# Call details

### (706) 593-1495 (Continued)

| | Date | Time | Phone Number | Call Destination | Rate Type | Minutes Used | Total Charges |
|---|---|---|---|---|---|---|---|
| 124 | 02/03 | 11:58 PM | 404-291-1082 | Incoming | NW/PU | 24 | |
| 125 | 02/04 | 09:29 AM | 706-464-9877 | Incoming | PU | 7 | |
| 126 | 02/04 | 12:01 PM | VoiceMail | COLUMBUS,GA | PU | 2 | |
| 127 | 02/04 | 12:03 PM | 706-410-3944 | ATHENS,GA | PU | 2 | |
| 128 | 02/04 | 03:44 PM | 770-670-7331 | ATLANTA NE,GA | PU | 2 | |
| 129 | 02/04 | 03:48 PM | 706-494-0016 | Incoming | PU | 4 | |
| 130 | 02/04 | 07:51 PM | VoiceMail | COLUMBUS,GA | NW/PU | 1 | |
| 131 | 02/05 | 02:34 PM | VoiceMail | COLUMBUS,GA | PU | 1 | |
| 132 | 02/05 | 03:55 PM | 706-576-6633 | COLUMBUS,GA | PU | 1 | |
| 133 | 02/05 | 04:26 PM | 702-520-1191 | Incoming | PU | 1 | |
| 134 | 02/05 | 04:54 PM | 706-576-6633 | COLUMBUS,GA | PU | 1 | |
| 135 | 02/05 | 04:54 PM | 770-444-0773 | ATLANTA NW,GA | PU | 23 | |
| 136 | 02/05 | 05:17 PM | VoiceMail | COLUMBUS,GA | PU | 1 | |
| 137 | 02/05 | 05:18 PM | 706-289-2022 | COLUMBUS,GA | PU | 2 | |
| 138 | 02/05 | 05:32 PM | 706-464-9877 | COLUMBUS,GA | PU | 2 | |
| 139 | 02/05 | 05:35 PM | 404-291-1082 | ATLANTA,GA | PU | 3 | |
| 140 | 02/05 | 07:24 PM | VoiceMail | COLUMBUS,GA | NW/PU | 3 | |
| 141 | 02/05 | 07:55 PM | VoiceMail | COLUMBUS,GA | NW/PU | 2 | |
| 142 | 02/05 | 08:23 PM | 706-577-2943 | Incoming | NW/PU | 2 | |
| 143 | 02/05 | 09:09 PM | VoiceMail | COLUMBUS,GA | NW/PU | 2 | |
| 144 | 02/05 | 09:18 PM | VoiceMail | COLUMBUS,GA | NW/PU | 3 | |
| 145 | 02/06 | 10:20 AM | 706-464-9877 | Incoming | PU | 3 | |
| 146 | 02/06 | 01:21 PM | 908-604-9200 | Incoming | PU | 6 | |
| 147 | 02/06 | 01:41 PM | 404-291-1082 | Incoming | PU | 47 | |
| 148 | 02/06 | 03:00 PM | 706-573-7425 | Incoming | PU | 4 | |
| 149 | 02/06 | 03:21 PM | 678-218-4473 | Incoming | PU | 27 | |
| 150 | 02/06 | 04:55 PM | VoiceMail | COLUMBUS,GA | PU | 1 | |
| 151 | 02/06 | 06:02 PM | 706-464-9877 | COLUMBUS,GA | PU | 1 | |
| 152 | 02/06 | 06:04 PM | 706-464-9877 | Incoming | PU | 5 | |
| 153 | 02/06 | 06:53 PM | 706-289-2022 | COLUMBUS,GA | PU | 2 | |
| 154 | 02/06 | 06:54 PM | 706-289-2022 | Incoming | CW/PU | 1 | |
| 155 | 02/06 | 08:16 PM | 706-718-2477 | Incoming | NW/PU | 2 | |
| 156 | 02/06 | 09:54 PM | 706-888-8364 | COLUMBUS,GA | NW/PU | 2 | |
| 157 | 02/06 | 10:12 PM | 706-577-2943 | COLUMBUS,GA | NW/PU | 2 | |
| 158 | 02/06 | 10:21 PM | 706-577-2943 | Incoming | NW/PU | 1 | |
| 159 | 02/06 | 10:40 PM | 706-577-2943 | COLUMBUS,GA | NW/PU | 1 | |
| 160 | 02/06 | 10:41 PM | 706-577-2943 | Incoming | NW/PU | 2 | |
| 161 | 02/06 | 10:56 PM | 706-888-8364 | COLUMBUS,GA | NW/PU | 1 | |
| 162 | 02/07 | 12:01 AM | 706-577-7071 | COLUMBUS,GA | NW/PU | 1 | |
| 163 | 02/07 | 12:07 AM | 706-577-2943 | COLUMBUS,GA | NW/PU | 1 | |
| 164 | 02/07 | 12:35 AM | 706-577-2943 | Incoming | NW/PU | 1 | |
| 165 | 02/07 | 01:30 AM | 706-761-0730 | COLUMBUS,GA | NW/PU | 2 | |

NW - Night and Weekends    PU - Plan/Promotional Usage    CW - Call Waiting

CONFIDENTIAL



| | Customer | Account Number | Bill Period | Bill Date | |
|---|---|---|---|---|---|
| | Eric Barkwell | 560429365 | Jan 13 - Feb 12 | Feb 16, 2009 | 13 of 14 |

# Call details

## (706) 593-1495 (Continued)

| | Date | Time | Phone Number | Call Destination | Rate Type | Minutes Used | Total Charges |
|---|---|---|---|---|---|---|---|
| 166 | 02/07 | 02:43 PM | VoiceMail | COLUMBUS,GA | NW/PU | 3 | |
| 167 | 02/07 | 03:15 PM | 706-410-3944 | ATHENS,GA | NW/PU | 3 | |
| 168 | 02/07 | 03:23 PM | 205-919-2009 | BIRMINGHAM,AL | NW/PU | 2 | |
| 169 | 02/07 | 03:25 PM | 706-464-9877 | COLUMBUS,GA | NW/PU | 6 | |
| 170 | 02/07 | 03:31 PM | 706-580-5150 | COLUMBUS,GA | NW/PU | 2 | |
| 171 | 02/07 | 03:39 PM | 706-464-9877 | Incoming | NW/PU | 1 | |
| 172 | 02/07 | 03:40 PM | 706-464-9877 | COLUMBUS,GA | NW/PU | 2 | |
| 173 | 02/07 | 03:48 PM | 404-291-1082 | ATLANTA,GA | NW/PU | 5 | |
| 174 | 02/07 | 04:04 PM | 404-968-9557 | Incoming | NW/PU | 3 | |
| 175 | 02/07 | 04:21 PM | 404-862-0164 | ATLANTA,GA | MM/PU | 3 | |
| 176 | 02/07 | 10:25 PM | VoiceMail | COLUMBUS,GA | NW/PU | 1 | |
| 177 | 02/09 | 04:37 PM | 706-442-4082 | COLUMBUS,GA | PU | 2 | |
| 178 | 02/09 | 08:35 PM | VoiceMail | COLUMBUS,GA | NW/PU | 1 | |
| 179 | 02/11 | 01:31 PM | 706-576-6633 | COLUMBUS,GA | PU | 4 | |
| 180 | 02/11 | 01:43 PM | 404-291-1082 | ATLANTA,GA | PU | 2 | |
| 181 | 02/11 | 01:56 PM | 404-291-1082 | Incoming | PU | 12 | |
| 182 | 02/11 | 02:34 PM | 203-649-1219 | Incoming | PU | 1 | |
| 183 | 02/11 | 03:11 PM | VoiceMail | COLUMBUS,GA | PU | 1 | |
| 184 | 02/12 | 01:56 PM | VoiceMail | COLUMBUS,GA | PU | 1 | |
| 185 | 02/12 | 02:10 PM | VoiceMail | COLUMBUS,GA | PU | 2 | |

NW - Night and Weekends    PU - Plan/Promotional Usage    MM - Sprint Mobile to Mobile

BKW 000218



# One plan. One price. One bill.

As a loyal Sprint customer, you deserve the best in wireless service, and now you can get it with the Sprint Simply Everything℠ plan. For just $99.99* per month, you can unleash the power of your phone without worrying about the meter running. Or, with a Simply Everything Family plan, you can share the wireless revolution with your family so everyone can experience the great services Sprint has to offer.

Plus, with plans that include cool stuff like GPS navigation, picture and video messaging, music, NFL Mobile Live and NASCAR Sprint Cup Series℠ mobile, you can be sure you're getting the most bang for your wireless buck.

And because we understand that your needs change, we've made sure your plan can change with them. With the Sprint Right Plan Promise, you can change your plan whenever you need to, without extending your contract.

**Say "bye-bye landline" with the plan that does it all – only on the Now Network.℠**

**Call** 1-800-Sprint1       **Click** sprint.com       **Go** to your nearest Sprint Store

*Other monthly charges apply. See below.

Monthly charges exclude taxes, Sprint Surcharges [including USF charge of up to 11.4% (varies quarterly), Administrative Charge (up to $1.99/line/month), Regulatory Charge ($0.20/line/month) and state/local fees by area]. Sprint Surcharges are not taxes or government-required charges and are subject to change. Details: sprint.com/taxesandfees.

May require up to a $36 activation fee/line, credit approval and deposit. $200 early termination fee/line applies. Simply Everything Plan: Offer ends 04/18/09. No plan discounts apply. Premium content/downloads (games, ringers, songs, certain channels, etc.) are additional charge. Text to 3rd parties to participate in promotions or other may result in additional charges. Sprint Music Premier includes 150 radio channels and access to $0.99 song downloads. Sprint TV Premier includes over 20 available channels. GPS Navigation includes Sprint Navigation for Sprint phones or Telenav GPS Navigator for Nextel phones. GPS reliability varies by environment. International services are not included. Email includes use of Sprint Mobile Email, Microsoft Direct Push technology via Active Sync™, Versamail, IBM Lotus Notes Traveler® or BlackBerry® Internet Service (BIS). Direct Connect and Group Connect (20 max. participants) allows connection to other Nextel Direct Connect subscribers on the same push-to-talk network platform. Usage limitation: Sprint may terminate service if (1) more than 800 minutes, (2) a majority of minutes or (3) a majority of kilobytes in a given month are used while roaming. Services are not available for use as a modem, in connection with server devices or host computer applications, other systems that drive continuous heavy traffic or data sessions, or as substitute for frame relay connections. Simply Everything Family Plan: No sharing. Other Terms: Coverage not available everywhere. Offers & service plan features not available in all markets/retail locations or for all phones/networks. Pricing, offer terms, fees & features may vary for existing customers. Other restrictions apply. See store or Sprint.com for details. ©2009 Sprint. Sprint and the logo are trademarks of Sprint. All NFL-related trademarks are trademarks of the National Football League. NASCAR® is a registered trademark of the National Association for Stock Car Auto Racing, Inc. All other marks are the property of their respective owners. Other marks are the property of their respective owners.
5000LWB1

BKW 000219