CONFIDENTIAL



| Customer | Account Number | Bill Period | Bill Date |
|---|---|---|---|
| Gary Massey | 943947308 | Oct 19-Nov 18 | Nov 22, 2009 |



# Welcome!

Because this is your first bill, you may see charges for more than one month of service.

**(512) 466-0101**

**(512) 589-3521**

Oct 20 eBill Credit............ -$5.00

New Charges............ $651.41

**Total Due by December 12 $646.41**

Sprint is making changes to its policies. Please see the "Sprint News and Notices" box on page 2, the back of this page, for details.

Thank you for choosing Sprint. We have lots of info on the back of this bill about your new Sprint service. Check it out!

Your account has a $600.00 Spending Limit. To avoid service interruption, keep your total balance under this limit. For more information see the back page of this bill.

**You can contact Sprint Customer Service**

On the Web:
www.sprint.com

By Phone:
1-877-639-8351

Use your Mobile free of charge:
Dial *2 to contact Customer Service
Dial *3 to make a one-time payment

1 PR



Detach and return this remittance form with your payment.
Make checks payable to Sprint in U.S. dollars. DO NOT SEND CASH.
Account Number 943947308

**Amount Due by Dec 12** **$646.41**

**Amount Enclosed** $

#BWNKCTX
#0000 0943947308 B 7#
MANIFESTLINE-----------------

GARY MASSEY
2425 EQUESTRIAN TRL
AUSTIN, TX 78727-1417

PO BOX 660075
DALLAS, TX 75266-0075

943947308 00000065141 000000005000 000000646411

CONFIDENTIAL



| Customer | Account Number | Bill Period | Bill Date |
|---|---|---|---|
| Gary Massey | 943947308 | Oct 19-Nov 18 | Nov 22, 2009 |



## SPRINT NEWS AND NOTICES

This section contains important updates about your Sprint Services, Including Service or Rate Changes, Promotions and Offers.

### Introducing Your More Eco-Friendly Bill!

We've taken an environmentally responsible step to deliver you a new streamlined bill that reduces whitespace and uses less paper. Although your bill looks different, there are no changes to your service and the billing sections are the same. You can also sign up for eBill at sprint.com.

### Software Updates Available

Keep your phone's software current by checking for updates regularly. Log on to sprint.com any time to check your alerts or go to sprint.com/learn and follow the instructions for your phone. That's getting it done right now.

### Hearing Aid Compatibility

Sprint offers a variety of handsets that have been rated for compatibility with several types of hearing aids. Please visit sprint.com/accessibility for more information.

## IMPORTANT INFORMATION RELATING TO YOUR SPRINT BILL

**Billing Information.** This bill is due on the date shown. A late payment charge applies for unpaid balances and is charged at the highest rate permissible by law. Sprint Nextel will impose a $25 charge for each returned check. Service is subject to disconnection if payment is not received by the due date shown. Contact us first with billing disputes, which must be made within 60 days of the invoice date. Charges that are not properly disputed will be deemed accepted and due by the date shown. Roaming charges accrued during the billing period may appear on subsequent bills because of third-party processing delays.
**Contacting Sprint.** Address written correspondence to: Sprint Customer Service, PO Box 8077, London, KY 40742 (include your name and account number). Please do not include any correspondence in your bill.
**Call detail.** Full call detail information is available online.

**E911.** Enhanced 911 (E911) services, which provide public safety officials your location during a 911 call are not available everywhere and at all times. E911 availability is dependent on many factors, including the ability of particular local public safety agencies to receive and process location information, the capabilities of your equipment and other factors affecting the delivery of services.
**Your Privacy.** Protect against unauthorized account access by using a Personal Identification Number (PIN) to identify yourself when calling Care or visiting a retail store. Visit sprint.com/pin to establish or change your PIN. Don't use commonly known info like birthdays or SSNs. To access your account online, create a unique UserID/password. To review Sprint's Privacy Policy, go to sprint.com.

**Early Termination Fee.** An ETF of up to $200 per line applies if you terminate service early. Subscriber agreements starting after Nov. 2008 are subject to Sprint's prorated policy ($200 through month 5 of term, decreasing $10 a month until $50 minimum applies to remaining term). Visit sprint.com/etf for details.
**Terms & Conditions/Service Updates.** The terms & conditions of Sprint service sometimes change. The current version is available online. Updates to your service will be provided in the Sprint News and Notices section.

**Address Change**

NAME ______________________________

MAILING ADDRESS ______________________________

______________________________

CITY ____________________ STATE __________ ZIP __________

Protect Your Voicemail

Use a passcode to protect against unauthorized access. If you don't use a passcode, anyone who has your handset can access your messages; therefore we strongly recommend you set one up. It's easy - just access your voicemail and follow the prompts.

**Email**

EMAIL ______________________________

[ ] **E-Bill: Receive your bill by email** (You will no longer receive paper bills.)

[ ] **Receive Sprint updates and special offers via email**

**AutoPay Enroll**

Sign up to have your Sprint bill automatically paid every month using your checking account by visiting www.sprint.com.







# *Save paper. Save time. Save $5.*

*Do something good for the planet – and your bank account. Sign up for eBill Online Billing and we'll give you a $5 invoice credit on an upcoming bill. (Credit applied within three invoices.)*

**Click** *sprint.com/mybilloptions to go paperless.*

*Save more green with eBill Online Billing.*



Additional terms and conditions apply. Go to sprint.com/ebillterms for details.

1000DCA1

# *Love like this is meant to be shared.*




*You already love the wireless service that Sprint provides. Now you can share the love – and some cash – with your family and friends. Whether it's our innovative phones and features, dependable 3G Network, exceptional Everything plans or great customer service that you like best, tell the people you know about it. Then, when they activate a new line of service with a two-year Agreement on a phone or on a Mobile Broadband Connection card, you'll both get a pre-paid Sprint Referral Rewards Visa® debit card.*

*Referring your family and friends is easy. Just have them:*

- *Activate a new line of service with a two-year Agreement on a phone or on a Mobile Broadband Connection card using one of three convenient methods:* ***visit any retailer*** *where Sprint products and services are sold,* ***call 1-800-SPRINT1*** *or* ***log on to sprint.com.***
- *Call #REF (#733) from the newly activated phone (if new service is for a phone) or visit sprint.com/referafriend (if new service is for a Connection card), within 15 days of activation, to complete the referral process. Your friend will be asked to provide your Sprint phone or Connection card number for processing so you both can be rewarded.**



***Share the love and reap the rewards. Only from Sprint. Only on the Now Network.℠***

**Click** *sprint.com/referafriend and use the 'Email a Friend' link to get started.*

*Allow 6-8 weeks for any reward.

May require up to a $36 activation fee/line, credit approval and deposit. Up to $200 early termination fee/line applies. **Referral Program:** Offer ends 45 days from the date on your invoice. Accounts are limited to 12 referrals/year. Subscribers must have active service for 24 hours before making a referral. Referred customer must contact Sprint and complete the referral process within 15 days of their activation. Referred/referring customers must maintain an active account for 30 consecutive days to receive reward. Government- and corporate-liable accounts, and Sprint, affiliate and third-party employees are not eligible. Offer may not be available in all areas. Sprint reserves the right to modify, extend or cancel offers at any time. **Other Terms:** Coverage not available everywhere. Other restrictions apply. See store or sprint.com for details. ©2009 Sprint. Sprint and other trademarks are trademarks of Sprint. Cards are issued by Citibank, N.A. pursuant to a license from Visa U.S.A. Inc. and managed by Citi Prepaid Services, a Citibank, N.A. business. Other marks are property of their respective owners.

1000CVA1

CONFIDENTIAL



| Customer | Account Number | Bill Period | Bill Date |
|---|---|---|---|
| Gary Massey | 943947308 | Oct 19-Nov 18 | Nov 22, 2009 |



# Charges

## Single Plan - Non-Prorated Charges

**(512) 466-0101**

| | |
|---|---|
| Simply Everything BKB - Unlimited Anytime Minutes Included | $0.00 |
| Simply Everything - Monthly Charge | $99.99 |
| 1 Sprint 411 Directory Asst. @ $1.79/call | $1.79 |
| Activation Fee-Additional Line | $26.00 |

## Next Month

## Single Plan

**(512) 466-0101**

| | |
|---|---|
| Simply Everything BKB - Unlimited Anytime Minutes Included | $0.00 |
| Simply Everything - Monthly Charge | $99.99 |
| Total Equipment Protection - $3 insurance premium & $4 service/repair | $7.00 |
| | $234.77 |

# Charges

## Oct 19 -Nov 18 - Prorated Charges

Because Sprint bills in advance, your December charges are in this bill.

**(512) 589-3521**

| | |
|---|---|
| Oct 22 - Nov 18 3G/4G Connection Card-5GB - Data Plan | $0.00 |
| Oct 22 - Nov 18 Connection Card Data MRC | $62.99 |
| Nov 17 - Nov 18 Credit: Connection Card Data MRC | -$4.67 |
| | $58.32 |

| | |
|---|---|
| **EQUIPMENT PURCHASE** | $270.61 |
| **FRANKLIN CMU300 CDMAWIMAX** | $54.13 |
| **Sprint Surcharges** | $13.03 |
| **Government Taxes & Fees** | $20.55 |
| **Total** | **$651.41** |

# Usage Summary

## Single Plan - Simply Everything BKB

| | Included | Used | Additional Charges |
|---|---|---|---|
| (512) 466-0101 | | | |
| Anytime | Unlimited | 2,426 | -- |
| Directory Assistance | 0 | 1 | $1.79 |
| Text | Unlimited | 621 | -- |
| Sprint Data | Unlimited | 51,386 | -- |







| Customer | Account Number | Bill Period | Bill Date |
|---|---|---|---|
| Gary Massey | 943947308 | Oct 19-Nov 18 | Nov 22, 2009 |



# Usage Summary

## Single Plan - 3G/4G Connection Card-5GB

| | Included | Used | Additional Charges |
|---|---|---|---|
| (512) 589-3521 | | | |
| Sprint Data - 10/22 to 11/16 | 5,242,880 | 1,475,194 | -- |

# Details, details...

### (512) 466-0101

### Your Base Plan includes

Simply Everything BKB, America - Roaming Included, Anytime Minutes, BlackBerry Email-CDMA, BlackBerry Prosumer, Call Detail, Call Forwarding, Caller ID, Domestic LD Rate ¢0, Enhanced VoiceMail, Long Distance While Roaming, SMS Text Messages, Video Mail

#### Add On Services for (512) 466-0101

Simply Everything MRC, Sprint Navigation, Data Usage

### (512) 589-3521

### Your Base Plan includes

3G/4G Connection Card-5GB, ¢.05/MB Overage(¢.00004882/KB), Anytime Minutes, Incoming Call Restriction, Outgoing Call Restriction, Packet Data Kilobytes, Regular Data Access, Sprint Data Services

### Sprint Surcharges

Sprint Surcharges are rates we choose to collect from you to help defray costs imposed on us. Surcharges are not taxes on you or amounts we are required to collect from you by law. Surcharges may include: Federal USF, regulatory charges, administrative charges, gross receipts charges, and other charges incurred to recover costs associated with governmental programs, and certain taxes imposed upon Sprint. The amounts, and the components used to calculate Surcharge amounts, are subject to change.

| | |
|---|---|
| Federal-Univ Serv Assess Non-LD | $5.05 |
| Texas State-Margin Fee Reimbursement | $1.89 |
| Texas State-Univ Serv Assessment | $4.90 |
| Administrative Charge | $0.99 |
| Regulatory Charge | $0.20 |
| | $13.03 |

### Government Fees & Taxes

Taxes and fees Sprint is required to collect from customers on behalf of the government.

| | |
|---|---|
| Texas State-911 Tax | $0.50 |
| Texas State-Equalization Surcharge | $0.02 |
| Texas State-Sales Tax | $15.17 |
| Austin City-District Tax | $2.36 |
| Austin City-Sales Tax | $2.50 |
| | $20.55 |




# *Welcome to your Now.*

*Here's some important information to help make the most of our future together.*




## *Accidents happen. But protection is available.*

*Act soon! Enrollment is limited to within 30 days of phone activation or upgrade.*

*Protect your phone against loss, theft and physical damage, as well as mechanical and electrical failure, with* ***Total Equipment Protection.***

***Total Equipment Protection*** *combines the Equipment Replacement Program and the Equipment Service & Repair Program to provide comprehensive coverage for only $7 per month, per device.*

*Here's how it works:*

- *If your Sprint or Nextel phone is lost, stolen or broken beyond repair due to liquid or physical damage, the Equipment Replacement Program saves the day. A replacement will be quickly sent so you can stay connected. A $50 or $100 nonrefundable deductible (depending on device) applies per approved replacement. (See sprint.com/protection for complete details or call 1-800-584-3666.)*
- *If your Sprint or Nextel phone, smart device or connection card develops a mechanical or electrical failure due to defect or requires routine maintenance, the Equipment Service & Repair Program kicks in with repair or replacement.*

*Get the protection you want and the peace of mind you deserve with* ***Total Equipment Protection.*** *Ask an Associate, click* ***sprint.com/protection*** *or call 1-800-584-3666 to enroll. Devices are only eligible for enrollment within 30 days of activation or upgrade.*

Equipment Replacement Program is insurance underwritten by Continental Casualty Company, a CNA company (CNA), and administered by Asurion Protection Services, LLC, a licensed agent of CNA (Asurion Protection Services Insurance Agency, LLC CA Lic. #0D63161). Equipment Service & Repair Program is a service contract for the customers of Sprint. This service contract and the insurance plan are each available separately. See program brochures available at participating retail locations or visit sprint.com for complete terms and conditions of coverage. Terms and conditions are subject to change. Eligibility varies by device. Limited to three claims within any consecutive 12 months with a maximum of $1,000 per claim. Replacement equipment may be new or remanufactured and/or a comparable model. You may cancel your optional coverage at any time and receive a pro-rated credit of your unearned premium/charge.

asurion
Our passion is your peace of mind®

## *Log in and take control.*

*Learn everything you need to know about your phone, plan and how to manage your account. It's all just one click away. Access* ***sprint.com/welcome*** *to familiarize yourself with all the great tools Sprint has available to help you get the most out of your service:*

- *Discover how to do everything with your new phone*
- *Learn how to use your phone with the "hands-on" help of Ready Now*
- *Make plan changes*
- *Understand your coverage*
- *Register at sprint.com to manage your account online*
- *View your current account balance and usage*
- *Learn more about your bill and go paperless when you sign up for eBill Online Billing*
- *Understand the Sprint 30-Day Satisfaction Guarantee and other perks*

## *If your wireless needs change, shouldn't your plan change with them?*

*The Sprint Right Plan Promise allows you to change your plan without extending your Service Agreement. So if your needs change, your plan can too.*

### *A world of possibility. Get it on the Now Network.™*

5000NGB1

CONFIDENTIAL



| Customer | Account Number | Bill Period | Bill Date |
|---|---|---|---|
| Gary Massey | 943947308 | Oct 19-Nov 18 | Nov 22, 2009 |



# Call details

## (512) 466-0101

| | Date | Time | Phone Number | Call Destination | Rate Type | Minutes Used | Total Charges |
|---|---|---|---|---|---|---|---|
| 1 | 10/19 | 01:39 PM | VoiceMail | AUSTIN,TX | PU | 1 | |
| 2 | 10/19 | 02:28 PM | VoiceMail | AUSTIN,TX | PU | 4 | |
| 3 | 10/19 | 03:01 PM | 512-461-1217 | AUSTIN,TX | PU | 5 | |
| 4 | 10/19 | 04:40 PM | 512-466-0101 | AUSTIN,TX | PU | 1 | |
| 5 | 10/19 | 04:43 PM | 512-461-1217 | Incoming | PU | 2 | |
| 6 | 10/19 | 05:11 PM | 512-461-1217 | AUSTIN,TX | PU | 7 | |
| 7 | 10/19 | 05:24 PM | 512-662-8982 | AUSTIN,TX | PU | 2 | |
| 8 | 10/19 | 06:36 PM | 512-461-1217 | AUSTIN,TX | PU | 3 | |
| 9 | 10/19 | 07:13 PM | 512-535-8129 | AUSTIN,TX | PU | 1 | |
| 10 | 10/19 | 07:50 PM | 512-466-0101 | AUSTIN,TX | PU | 1 | |
| 11 | 10/19 | 07:51 PM | 512-461-1217 | Incoming | PU | 5 | |
| 12 | 10/19 | 09:10 PM | 512-662-8982 | AUSTIN,TX | NW/PU | 1 | |
| 13 | 10/19 | 09:10 PM | 512-662-8982 | AUSTIN,TX | NW/PU | 1 | |
| 14 | 10/19 | 09:10 PM | 512-662-8982 | AUSTIN,TX | NW/PU | 3 | |
| 15 | 10/19 | 09:22 PM | VoiceMail | AUSTIN,TX | NW/PU | 2 | |
| 16 | 10/20 | 06:18 AM | VoiceMail | AUSTIN,TX | NW/PU | 3 | |
| 17 | 10/20 | 08:20 AM | 512-662-8982 | Incoming | PU | 2 | |
| 18 | 10/20 | 08:33 AM | 512-535-8129 | AUSTIN,TX | PU | 1 | |
| 19 | 10/20 | 08:36 AM | 800-331-0500 | Incoming | PU | 4 | |
| 20 | 10/20 | 08:49 AM | 512-461-1217 | AUSTIN,TX | PU | 7 | |
| 21 | 10/20 | 09:22 AM | 830-832-4355 | Incoming | PU | 2 | |
| 22 | 10/20 | 10:59 AM | 512-687-3401 | Incoming | PU | 2 | |
| 23 | 10/20 | 11:10 AM | 512-687-3401 | Incoming | PU | 16 | |
| 24 | 10/20 | 11:58 AM | VoiceMail | AUSTIN,TX | PU | 1 | |
| 25 | 10/20 | 12:10 PM | 626-808-5189 | PSDN MAIN,CA | PU | 1 | |
| 26 | 10/20 | 12:13 PM | 626-808-5189 | Incoming | PU | 3 | |
| 27 | 10/20 | 01:49 PM | 888-266-7848 | Toll Free Call | PU | 16 | |
| 28 | 10/20 | 03:25 PM | 512-422-2259 | AUSTIN,TX | PU | 2 | |
| 29 | 10/20 | 03:32 PM | 512-687-3401 | Incoming | PU | 4 | |
| 30 | 10/20 | 03:43 PM | 512-577-9781 | AUSTIN,TX | PU | 1 | |
| 31 | 10/20 | 03:44 PM | 972-424-1460 | PLANO,TX | PU | 4 | |
| 32 | 10/20 | 04:28 PM | 512-687-3401 | Incoming | PU | 3 | |
| 33 | 10/20 | 04:30 PM | 512-422-2259 | AUSTIN,TX | PU | 4 | |
| 34 | 10/20 | 04:34 PM | VoiceMail | AUSTIN,TX | PU | 1 | |
| 35 | 10/20 | 04:38 PM | 512-659-4339 | AUSTIN,TX | PU | 1 | |
| 36 | 10/20 | 04:47 PM | VoiceMail | AUSTIN,TX | PU | 2 | |
| 37 | 10/20 | 05:09 PM | 877-278-9066 | Toll Free Call | PU | 1 | |
| 38 | 10/20 | 05:27 PM | 512-974-4640 | AUSTIN,TX | PU | 1 | |
| 39 | 10/20 | 05:30 PM | 512-974-4640 | AUSTIN,TX | PU | 4 | |
| 40 | 10/20 | 05:38 PM | 512-485-5555 | AUSTIN,TX | PU | 5 | |
| 41 | 10/20 | 05:52 PM | 800-639-6114 | Toll Free Call | PU | 7 | |
| 42 | 10/20 | 05:59 PM | 512-461-1217 | AUSTIN,TX | PU | 1 | |
| 43 | 10/20 | 05:59 PM | 512-461-1217 | AUSTIN,TX | PU | 1 | |
| 44 | 10/20 | 05:59 PM | 512-461-1217 | AUSTIN,TX | PU | 1 | |
| 45 | 10/20 | 06:05 PM | 512-662-8982 | Incoming | PU | 1 | |
| 46 | 10/20 | 06:19 PM | 512-461-1217 | AUSTIN,TX | PU | 1 | |
| 47 | 10/20 | 06:19 PM | 512-662-8982 | AUSTIN,TX | PU | 2 | |
| 48 | 10/20 | 06:40 PM | 512-662-8982 | Incoming | PU | 2 | |

PU - Plan/Promotional Usage NW - Night and Weekends

CONFIDENTIAL



| Customer | Account Number | Bill Period | Bill Date |
|---|---|---|---|
| Gary Massey | 943947308 | Oct 19-Nov 18 | Nov 22, 2009 |



# Call details

## (512) 466-0101 (Continued)

| | Date | Time | Phone Number | Call Destination | Rate Type | Minutes Used | Total Charges |
|---|---|---|---|---|---|---|---|
| 49 | 10/20 | 06:42 PM | 512-461-1217 | AUSTIN,TX | PU | 1 | |
| 50 | 10/20 | 07:46 PM | 772-257-4498 | VERO BEACH,FL | PU | 1 | |
| 51 | 10/20 | 07:47 PM | 772-257-4498 | VERO BEACH,FL | PU | 1 | |
| 52 | 10/20 | 07:47 PM | 772-257-4498 | VERO BEACH,FL | PU | 1 | |
| 53 | 10/21 | 03:26 PM | VoiceMail | AUSTIN,TX | PU | 1 | |
| 54 | 10/21 | 03:28 PM | 512-577-9781 | AUSTIN,TX | PU | 6 | |
| 55 | 10/21 | 03:33 PM | VoiceMail | AUSTIN,TX | PU | 3 | |
| 56 | 10/21 | 03:40 PM | 512-461-1217 | AUSTIN,TX | PU | 4 | |
| 57 | 10/21 | 03:44 PM | 512-461-1217 | AUSTIN,TX | PU | 1 | |
| 58 | 10/21 | 03:45 PM | VoiceMail | AUSTIN,TX | PU | 1 | |
| 59 | 10/21 | 03:46 PM | VoiceMail | AUSTIN,TX | PU | 1 | |
| 60 | 10/21 | 03:46 PM | VoiceMail | AUSTIN,TX | PU | 1 | |
| 61 | 10/21 | 04:17 PM | 512-461-1217 | AUSTIN,TX | PU | 1 | |
| 62 | 10/21 | 04:19 PM | 512-461-1217 | Incoming | PU | 1 | |
| 63 | 10/21 | 04:20 PM | 512-916-8001 | Incoming | PU | 2 | |
| 64 | 10/21 | 04:45 PM | 512-466-0101 | AUSTIN,TX | PU | 1 | |
| 65 | 10/21 | 04:45 PM | VoiceMail | AUSTIN,TX | PU | 1 | |
| 66 | 10/21 | 04:52 PM | VoiceMail | AUSTIN,TX | PU | 2 | |
| 67 | 10/21 | 04:53 PM | 512-687-3401 | Incoming | CW/PU | 1 | |
| 68 | 10/21 | 04:54 PM | VoiceMail | AUSTIN,TX | PU | 4 | |
| 69 | 10/21 | 05:01 PM | 512-577-9781 | AUSTIN,TX | PU | 1 | |
| 70 | 10/21 | 05:03 PM | VoiceMail | AUSTIN,TX | PU | 1 | |
| 71 | 10/21 | 06:46 PM | 512-662-8982 | Incoming | PU | 1 | |
| 72 | 10/21 | 06:57 PM | 512-461-1217 | AUSTIN,TX | PU | 1 | |
| 73 | 10/21 | 06:59 PM | 512-916-8001 | Incoming | PU | 25 | |
| 74 | 10/21 | 07:28 PM | 512-662-8982 | AUSTIN,TX | PU | 4 | |
| 75 | 10/21 | 07:36 PM | 512-916-8001 | AUSTIN,TX | PU | 1 | |
| 76 | 10/21 | 07:45 PM | 512-916-8001 | Incoming | PU | 18 | |
| 77 | 10/21 | 09:23 PM | 512-662-8982 | AUSTIN,TX | NW/PU | 1 | |
| 78 | 10/21 | 09:24 PM | 512-662-8982 | Incoming | NW/PU | 2 | |
| 79 | 10/22 | 09:14 AM | 512-461-1217 | Incoming | PU | 4 | |
| 80 | 10/22 | 10:37 AM | 512-244-9000 | AUSTIN,TX | PU | 4 | |
| 81 | 10/22 | 11:35 AM | 626-808-5189 | PSDN MAIN,CA | PU | 1 | |
| 82 | 10/22 | 12:32 PM | Unavailable | Incoming | PU | 6 | |
| 83 | 10/22 | 03:16 PM | 512-461-1217 | AUSTIN,TX | PU | 1 | |
| 84 | 10/22 | 03:17 PM | 512-461-1217 | AUSTIN,TX | PU | 1 | |
| 85 | 10/22 | 03:17 PM | 512-662-8982 | AUSTIN,TX | PU | 1 | |
| 86 | 10/22 | 03:18 PM | 512-662-8982 | AUSTIN,TX | PU | 1 | |
| 87 | 10/22 | 03:18 PM | VoiceMail | AUSTIN,TX | PU | 1 | |
| 88 | 10/22 | 03:27 PM | 512-662-8982 | AUSTIN,TX | PU | 1 | |
| 89 | 10/22 | 03:28 PM | 512-662-8982 | AUSTIN,TX | PU | 1 | |
| 90 | 10/22 | 03:29 PM | 512-662-8982 | AUSTIN,TX | PU | 1 | |
| 91 | 10/22 | 03:30 PM | 512-461-1217 | AUSTIN,TX | PU | 1 | |
| 92 | 10/22 | 03:31 PM | 512-916-8001 | AUSTIN,TX | PU | 1 | |
| 93 | 10/22 | 03:51 PM | 512-577-9781 | AUSTIN,TX | PU | 5 | |
| 94 | 10/22 | 03:56 PM | 512-461-1217 | AUSTIN,TX | PU | 1 | |
| 95 | 10/22 | 04:09 PM | 512-461-1217 | AUSTIN,TX | PU | 1 | |
| 96 | 10/22 | 06:07 PM | 800-435-9792 | Toll Free Call | PU | 4 | |

PU - Plan/Promotional Usage  CW - Call Waiting  NW - Night and Weekends

CONFIDENTIAL



| Customer | Account Number | Bill Period | Bill Date |
|---|---|---|---|
| Gary Massey | 943947308 | Oct 19 - Nov 18 | Nov 22, 2009 |



# Call details

## (512) 466-0101 (Continued)

| | Date | Time | Phone Number | Call Destination | Rate Type | Minutes Used | Total Charges |
|---|---|---|---|---|---|---|---|
| 97 | 10/22 | 06:49 PM | 512-779-7898 | AUSTIN,TX | PU | 1 | |
| 98 | 10/22 | 07:19 PM | VoiceMail | AUSTIN,TX | PU | 1 | |
| 99 | 10/22 | 07:20 PM | VoiceMail | AUSTIN,TX | PU | 3 | |
| 100 | 10/22 | 07:23 PM | 512-461-1217 | AUSTIN,TX | PU | 1 | |
| 101 | 10/22 | 07:23 PM | 512-461-1217 | AUSTIN,TX | PU | 15 | |
| 102 | 10/22 | 07:39 PM | VoiceMail | AUSTIN,TX | PU | 1 | |
| 103 | 10/22 | 07:40 PM | 512-779-7898 | AUSTIN,TX | PU | 7 | |
| 104 | 10/22 | 08:03 PM | 512-662-8982 | AUSTIN,TX | PU | 4 | |
| 105 | 10/22 | 08:29 PM | 512-779-7898 | Incoming | PU | 8 | |
| 106 | 10/22 | 09:20 PM | VoiceMail | AUSTIN,TX | NW/PU | 1 | |
| 107 | 10/23 | 08:59 AM | 512-835-7895 | AUSTIN,TX | PU | 4 | |
| 108 | 10/23 | 10:00 AM | 877-252-2008 | Toll Free Call | PU | 4 | |
| 109 | 10/23 | 12:14 PM | VoiceMail | AUSTIN,TX | PU | 1 | |
| 110 | 10/23 | 01:12 PM | 512-577-9781 | AUSTIN,TX | PU | 4 | |
| 111 | 10/23 | 01:20 PM | 202-628-2100 | WASHINGTON,DC | PU | 1 | |
| 112 | 10/23 | 01:40 PM | 202-628-2100 | WASHINGTON,DC | PU | 1 | |
| 113 | 10/23 | 01:47 PM | 512-779-7898 | Incoming | PU | 2 | |
| 114 | 10/23 | 02:06 PM | 512-328-1220 | AUSTIN,TX | PU | 2 | |
| 115 | 10/23 | 02:35 PM | 512-461-1217 | AUSTIN,TX | PU | 1 | |
| 116 | 10/23 | 02:40 PM | 512-926-8905 | AUSTIN,TX | PU | 2 | |
| 117 | 10/23 | 02:47 PM | 512-535-8129 | Incoming | PU | 1 | |
| 118 | 10/23 | 02:48 PM | 512-779-7898 | Incoming | PU | 4 | |
| 119 | 10/23 | 02:53 PM | 832-922-5451 | HOUSTON,TX | PU | 9 | |
| 120 | 10/23 | 03:06 PM | 202-508-6359 | WASHINGTON,DC | PU | 1 | |
| 121 | 10/23 | 03:09 PM | 202-226-9928 | Incoming | PU | 3 | |
| 122 | 10/23 | 03:14 PM | 512-779-7898 | AUSTIN,TX | PU | 1 | |
| 123 | 10/23 | 03:21 PM | 512-926-7223 | Incoming | PU | 2 | |
| 124 | 10/23 | 03:29 PM | 512-779-7898 | Incoming | PU | 2 | |
| 125 | 10/23 | 04:02 PM | 512-662-8982 | AUSTIN,TX | PU | 5 | |
| 126 | 10/23 | 04:06 PM | 512-461-1217 | AUSTIN,TX | PU | 1 | |
| 127 | 10/23 | 04:12 PM | 512-461-1217 | Incoming | PU | 8 | |
| 128 | 10/23 | 04:54 PM | 512-461-1217 | AUSTIN,TX | PU | 1 | |
| 129 | 10/23 | 05:06 PM | 512-461-1217 | Incoming | PU | 3 | |
| 130 | 10/23 | 06:37 PM | 512-461-1217 | AUSTIN,TX | PU | 1 | |
| 131 | 10/23 | 06:37 PM | 512-916-8001 | AUSTIN,TX | PU | 1 | |
| 132 | 10/23 | 06:45 PM | 512-916-8001 | AUSTIN,TX | PU | 1 | |
| 133 | 10/23 | 06:48 PM | 512-662-8982 | Incoming | PU | 2 | |
| 134 | 10/23 | 06:56 PM | 512-916-8001 | Incoming | PU | 1 | |
| 135 | 10/23 | 08:01 PM | 512-662-8982 | Incoming | PU | 1 | |
| 136 | 10/23 | 10:20 PM | 512-658-8626 | Incoming | NW/PU | 1 | |
| 137 | 10/23 | 10:27 PM | 512-916-8001 | AUSTIN,TX | NW/PU | 1 | |
| 138 | 10/23 | 10:28 PM | 512-461-1217 | AUSTIN,TX | NW/PU | 2 | |
| 139 | 10/24 | 11:18 AM | 512-779-7898 | Incoming | NW/PU | 2 | |
| 140 | 10/24 | 11:21 AM | 512-662-8982 | AUSTIN,TX | NW/PU | 1 | |
| 141 | 10/24 | 11:47 AM | 512-926-8905 | AUSTIN,TX | NW/PU | 1 | |
| 142 | 10/24 | 12:08 PM | 512-662-8982 | AUSTIN,TX | NW/PU | 3 | |
| 143 | 10/24 | 12:11 PM | 512-662-8982 | AUSTIN,TX | NW/PU | 6 | |
| 144 | 10/24 | 12:16 PM | 512-461-1217 | AUSTIN,TX | NW/PU | 6 | |

PU - Plan/Promotional Usage NW - Night and Weekends

CONFIDENTIAL



| Customer | Account Number | Bill Period | Bill Date |
|---|---|---|---|
| Gary Massey | 943947308 | Oct 19-Nov 18 | Nov 22, 2009 |



# Call details

## (512) 466-0101 (Continued)

| | Date | Time | Phone Number | Call Destination | Rate Type | Minutes Used | Total Charges |
|---|---|---|---|---|---|---|---|
| 145 | 10/24 | 12:21 PM | 254-532-3001 | KILLEEN,TX | NW/PU | 1 | |
| 146 | 10/24 | 01:12 PM | 512-535-8129 | AUSTIN,TX | NW/PU | 3 | |
| 147 | 10/24 | 01:15 PM | 512-535-8129 | AUSTIN,TX | NW/PU | 3 | |
| 148 | 10/24 | 01:18 PM | 512-535-8129 | AUSTIN,TX | NW/PU | 3 | |
| 149 | 10/24 | 01:40 PM | 512-535-8129 | Incoming | NW/PU | 10 | |
| 150 | 10/24 | 04:02 PM | VoiceMail | AUSTIN,TX | NW/PU | 1 | |
| 151 | 10/24 | 05:28 PM | 512-662-8982 | AUSTIN,TX | NW/PU | 1 | |
| 152 | 10/24 | 05:30 PM | 913-439-6336 | Incoming | NW/PU | 2 | |
| 153 | 10/24 | 06:22 PM | 512-662-8982 | AUSTIN,TX | NW/PU | 2 | |
| 154 | 10/24 | 07:26 PM | 512-461-1217 | Incoming | NW/PU | 1 | |
| 155 | 10/24 | 08:03 PM | 512-662-8982 | Incoming | NW/PU | 1 | |
| 156 | 10/25 | 11:19 AM | 254-532-3001 | KILLEEN,TX | NW/PU | 20 | |
| 157 | 10/25 | 11:39 AM | VoiceMail | AUSTIN,TX | NW/PU | 1 | |
| 158 | 10/25 | 11:46 AM | VoiceMail | AUSTIN,TX | NW/PU | 3 | |
| 159 | 10/25 | 11:52 AM | 512-779-7898 | AUSTIN,TX | NW/PU | 1 | |
| 160 | 10/25 | 04:34 PM | 832-922-5451 | HOUSTON,TX | NW/PU | 1 | |
| 161 | 10/25 | 04:35 PM | VoiceMail | AUSTIN,TX | NW/PU | 1 | |
| 162 | 10/25 | 04:51 PM | 800-847-4389 | Toll Free Call | NW/PU | 1 | |
| 163 | 10/25 | 04:51 PM | 800-847-4389 | Toll Free Call | NW/PU | 2 | |
| 164 | 10/25 | 06:19 PM | 512-658-8626 | Incoming | NW/PU | 2 | |
| 165 | 10/25 | 06:56 PM | 832-922-5451 | HOUSTON,TX | NW/PU | 7 | |
| 166 | 10/25 | 07:31 PM | 512-662-8982 | AUSTIN,TX | NW/PU | 5 | |
| 167 | 10/25 | 07:41 PM | 512-461-1217 | Incoming | NW/PU | 3 | |
| 168 | 10/25 | 08:36 PM | 512-461-1217 | AUSTIN,TX | NW/PU | 1 | |
| 169 | 10/25 | 08:46 PM | 512-541-2409 | AUSTIN,TX | NW/PU | 1 | |
| 170 | 10/25 | 08:47 PM | 512-541-2409 | AUSTIN,TX | NW/PU | 1 | |
| 171 | 10/26 | 08:08 AM | 512-779-7898 | AUSTIN,TX | PU | 1 | |
| 172 | 10/26 | 08:15 AM | 512-779-7898 | Incoming | PU | 1 | |
| 173 | 10/26 | 08:39 AM | 202-316-4464 | Incoming | PU | 1 | |
| 174 | 10/26 | 08:42 AM | 202-225-1650 | WASHINGTON,DC | PU | 1 | |
| 175 | 10/26 | 08:44 AM | 202-225-1640 | WASHINGTON,DC | PU | 3 | |
| 176 | 10/26 | 08:57 AM | 202-316-4464 | Incoming | PU | 4 | |
| 177 | 10/26 | 09:10 AM | 202-316-4464 | Incoming | PU | 2 | |
| 178 | 10/26 | 11:22 AM | 512-535-8129 | AUSTIN,TX | PU | 1 | |
| 179 | 10/26 | 11:23 AM | 830-832-4355 | NEWBRNFELS,TX | PU | 2 | |
| 180 | 10/26 | 11:37 AM | 626-808-5189 | Incoming | PU | 9 | |
| 181 | 10/26 | 03:55 PM | 512-779-7898 | Incoming | PU | 1 | |
| 182 | 10/26 | 07:51 PM | 512-662-8982 | AUSTIN,TX | PU | 8 | |
| 183 | 10/26 | 07:54 PM | 512-779-7898 | Incoming | CW/PU | 1 | |
| 184 | 10/26 | 07:59 PM | VoiceMail | AUSTIN,TX | PU | 1 | |
| 185 | 10/26 | 07:59 PM | 202-226-9928 | WASHINGTON,DC | PU | 1 | |
| 186 | 10/27 | 08:01 AM | 512-779-7898 | Incoming | PU | 2 | |
| 187 | 10/27 | 08:03 AM | 512-779-7898 | Incoming | PU | 1 | |
| 188 | 10/27 | 08:49 AM | VoiceMail | AUSTIN,TX | PU | 1 | |
| 189 | 10/27 | 08:50 AM | 202-225-4901 | WASHINGTON,DC | PU | 1 | |
| 190 | 10/27 | 08:51 AM | 202-225-8598 | WASHINGTON,DC | PU | 2 | |
| 191 | 10/27 | 10:42 AM | 512-577-9781 | AUSTIN,TX | PU | 2 | |
| 192 | 10/27 | 11:41 AM | 512-577-9781 | AUSTIN,TX | PU | 1 | |

NW - Night and Weekends PU - Plan/Promotional Usage CW - Call Waiting



CONFIDENTIAL



| Customer | Account Number | Bill Period | Bill Date |
|---|---|---|---|
| Gary Massey | 943947308 | Oct 19-Nov 18 | Nov 22, 2009 |

# Call details

## (512) 466-0101 (Continued)

| | Date | Time | Phone Number | Call Destination | Rate Type | Minutes Used | Total Charges |
|---|---|---|---|---|---|---|---|
| 193 | 10/27 | 12:23 PM | 512-535-8129 | AUSTIN,TX | PU | 1 | |
| 194 | 10/27 | 12:24 PM | 830-832-4355 | NEWBRNFELS,TX | PU | 3 | |
| 195 | 10/27 | 12:55 PM | 512-535-8129 | AUSTIN,TX | PU | 3 | |
| 196 | 10/27 | 01:26 PM | 512-535-8129 | AUSTIN,TX | PU | 9 | |
| 197 | 10/27 | 01:55 PM | 512-535-8129 | Incoming | PU | 7 | |
| 198 | 10/27 | 02:25 PM | 512-535-8129 | AUSTIN,TX | PU | 3 | |
| 199 | 10/27 | 05:49 PM | VoiceMail | AUSTIN,TX | PU | 2 | |
| 200 | 10/27 | 05:51 PM | 512-461-1217 | AUSTIN,TX | PU | 2 | |
| 201 | 10/27 | 05:54 PM | 513-607-9742 | CINCINNATI,OH | PU | 2 | |
| 202 | 10/27 | 06:13 PM | 512-662-8982 | AUSTIN,TX | PU | 4 | |
| 203 | 10/27 | 07:14 PM | 512-461-1217 | AUSTIN,TX | PU | 11 | |
| 204 | 10/28 | 08:42 AM | 513-607-9742 | Incoming | PU | 37 | |
| 205 | 10/28 | 09:55 AM | 512-662-8982 | Incoming | PU | 3 | |
| 206 | 10/28 | 10:23 AM | 512-577-9781 | AUSTIN,TX | PU | 4 | |
| 207 | 10/28 | 10:29 AM | 202-225-4901 | WASHINGTON,DC | PU | 1 | |
| 208 | 10/28 | 11:20 AM | 512-662-8982 | Incoming | PU | 1 | |
| 209 | 10/28 | 11:20 AM | 817-594-7461 | WEATHERFD,TX | PU | 4 | |
| 210 | 10/28 | 11:42 AM | 832-922-5451 | Incoming | PU | 5 | |
| 211 | 10/28 | 12:02 PM | 512-461-1217 | AUSTIN,TX | PU | 2 | |
| 212 | 10/28 | 12:14 PM | 202-225-4901 | WASHINGTON,DC | PU | 1 | |
| 213 | 10/28 | 01:04 PM | 253-312-6805 | TACOMA,WA | PU | 4 | |
| 214 | 10/28 | 01:24 PM | 512-662-8982 | Incoming | PU | 1 | |
| 215 | 10/28 | 02:07 PM | 972-923-5070 | WAXAHACHIE,TX | PU | 2 | |
| 216 | 10/28 | 02:10 PM | VoiceMail | AUSTIN,TX | PU | 4 | |
| 217 | 10/28 | 02:20 PM | 253-312-6805 | Incoming | PU | 14 | |
| 218 | 10/28 | 02:33 PM | 832-922-5451 | HOUSTON,TX | PU | 1 | |
| 219 | 10/28 | 02:42 PM | 512-461-1217 | Incoming | PU | 4 | |
| 220 | 10/28 | 02:54 PM | 512-461-1217 | Incoming | PU | 2 | |
| 221 | 10/28 | 03:02 PM | 512-662-8982 | AUSTIN,TX | PU | 3 | |
| 222 | 10/28 | 06:51 PM | VoiceMail | AUSTIN,TX | PU | 1 | |
| 223 | 10/28 | 07:14 PM | 512-662-8982 | AUSTIN,TX | PU | 1 | |
| 224 | 10/28 | 07:18 PM | VoiceMail | AUSTIN,TX | PU | 3 | |
| 225 | 10/28 | 09:01 PM | 512-461-1217 | Incoming | NW/PU | 14 | |
| 226 | 10/28 | 09:33 PM | 512-461-1217 | Incoming | NW/PU | 1 | |
| 227 | 10/28 | 09:34 PM | 512-461-1217 | Incoming | NW/PU | 12 | |
| 228 | 10/29 | 08:21 AM | 512-577-9781 | AUSTIN,TX | PU | 5 | |
| 229 | 10/29 | 09:03 AM | VoiceMail | AUSTIN,TX | PU | 1 | |
| 230 | 10/29 | 09:04 AM | 253-312-6805 | TACOMA,WA | PU | 1 | |
| 231 | 10/29 | 09:19 AM | 202-225-4901 | WASHINGTON,DC | PU | 1 | |
| 232 | 10/29 | 10:15 AM | 253-312-6805 | TACOMA,WA | PU | 7 | |
| 233 | 10/29 | 10:22 AM | 626-808-5189 | PSDN MAIN,CA | PU | 1 | |
| 234 | 10/29 | 10:24 AM | 888-888-0080 | Toll Free Call | PU | 1 | |
| 235 | 10/29 | 10:25 AM | 888-888-0080 | Toll Free Call | PU | 1 | |
| 236 | 10/29 | 10:26 AM | 800-274-7865 | Toll Free Call | PU | 17 | |
| 237 | 10/29 | 10:46 AM | 000-000-0311 | 311 Svc | PU | 3 | |
| 238 | 10/29 | 11:14 AM | 512-461-1217 | AUSTIN,TX | PU | 5 | |
| 239 | 10/29 | 11:21 AM | 512-779-7898 | Incoming | PU | 4 | |
| 240 | 10/29 | 12:39 PM | 972-424-1460 | PLANO,TX | PU | 5 | |

PU - Plan/Promotional Usage NW - Night and Weekends

CONFIDENTIAL





| Customer | Account Number | Bill Period | Bill Date |
|---|---|---|---|
| Gary Massey | 943947308 | Oct 19-Nov 18 | Nov 22, 2009 |



## Call details

### (512) 466-0101 (Continued)

| | Date | Time | Phone Number | Call Destination | Rate Type | Minutes Used | Total Charges |
|---|---|---|---|---|---|---|---|
| 241 | 10/29 | 01:32 PM | 512-930-1577 | Incoming | PU | 24 | |
| 242 | 10/29 | 01:33 PM | 512-476-8626 | ,TX | 3W/PU | 23 | |
| 243 | 10/29 | 01:56 PM | 512-779-7898 | AUSTIN,TX | PU | 3 | |
| 244 | 10/29 | 02:05 PM | 512-577-9781 | AUSTIN,TX | PU | 2 | |
| 245 | 10/29 | 02:50 PM | 202-225-4901 | WASHINGTON,DC | PU | 1 | |
| 246 | 10/29 | 02:59 PM | 512-779-7898 | Incoming | PU | 2 | |
| 247 | 10/29 | 03:49 PM | VoiceMail | AUSTIN,TX | PU | 1 | |
| 248 | 10/29 | 03:57 PM | 626-808-5189 | PSDN MAIN,CA | PU | 7 | |
| 249 | 10/29 | 04:09 PM | Unavailable | Incoming | PU | 1 | |
| 250 | 10/29 | 04:41 PM | 512-535-8129 | AUSTIN,TX | PU | 2 | |
| 251 | 10/29 | 04:41 PM | 512-535-8129 | Incoming | CW/PU | 1 | |
| 252 | 10/29 | 05:11 PM | 512-577-9781 | Incoming | PU | 2 | |
| 253 | 10/29 | 06:07 PM | 832-922-5451 | HOUSTON,TX | PU | 4 | |
| 254 | 10/29 | 06:23 PM | 512-662-8982 | Incoming | PU | 2 | |
| 255 | 10/30 | 08:35 AM | 512-577-9781 | Incoming | PU | 5 | |
| 256 | 10/30 | 08:54 AM | 512-535-8129 | Incoming | PU | 4 | |
| 257 | 10/30 | 08:57 AM | 940-627-3351 | Incoming | CW/PU | 3 | |
| 258 | 10/30 | 09:28 AM | 512-662-8982 | Incoming | PU | 3 | |
| 259 | 10/30 | 10:52 AM | 832-922-5451 | HOUSTON,TX | PU | 3 | |
| 260 | 10/30 | 11:05 AM | Unavailable | Incoming | PU | 5 | |
| 261 | 10/30 | 02:04 PM | 903-408-4130 | GREENVILLE,TX | PU | 1 | |
| 262 | 10/30 | 02:18 PM | 281-804-8591 | Incoming | PU | 6 | |
| 263 | 10/30 | 03:27 PM | 512-779-7898 | Incoming | PU | 4 | |
| 264 | 10/30 | 03:40 PM | 512-662-8982 | Incoming | PU | 1 | |
| 265 | 10/30 | 04:18 PM | 832-922-5451 | HOUSTON,TX | PU | 1 | |
| 266 | 10/30 | 04:19 PM | 832-922-5451 | Incoming | PU | 2 | |
| 267 | 10/30 | 05:23 PM | 832-922-5451 | HOUSTON,TX | PU | 2 | |
| 268 | 10/30 | 05:26 PM | 832-922-5451 | HOUSTON,TX | PU | 1 | |
| 269 | 10/30 | 05:31 PM | 832-922-5451 | HOUSTON,TX | PU | 1 | |
| 270 | 10/30 | 07:10 PM | 832-693-5158 | Incoming | PU | 2 | |
| 271 | 10/30 | 07:24 PM | 512-461-1217 | AUSTIN,TX | PU | 1 | |
| 272 | 10/30 | 08:32 PM | 512-461-1217 | Incoming | PU | 2 | |
| 273 | 10/30 | 09:21 PM | 512-662-8982 | Incoming | NW/PU | 2 | |
| 274 | 10/31 | 09:46 AM | 512-461-1217 | AUSTIN,TX | NW/PU | 1 | |
| 275 | 10/31 | 09:50 AM | 830-832-4355 | NEWBRNFELS,TX | NW/PU | 9 | |
| 276 | 10/31 | 09:59 AM | 830-832-4355 | NEWBRNFELS,TX | NW/PU | 1 | |
| 277 | 10/31 | 10:01 AM | 512-535-8129 | Incoming | NW/PU | 15 | |
| 278 | 10/31 | 10:31 AM | 512-461-1217 | Incoming | NW/PU | 8 | |
| 279 | 10/31 | 12:04 PM | 512-658-8626 | Incoming | NW/PU | 1 | |
| 280 | 10/31 | 12:25 PM | 512-658-8626 | Incoming | NW/PU | 1 | |
| 281 | 10/31 | 12:28 PM | 512-662-8982 | AUSTIN,TX | NW/PU | 1 | |
| 282 | 10/31 | 12:29 PM | 512-662-8982 | Incoming | NW/PU | 2 | |
| 283 | 10/31 | 01:21 PM | 512-461-1217 | AUSTIN,TX | NW/PU | 1 | |
| 284 | 10/31 | 02:26 PM | 512-461-1217 | AUSTIN,TX | NW/PU | 4 | |
| 285 | 10/31 | 04:02 PM | 254-542-6764 | Incoming | NW/PU | 17 | |
| 286 | 10/31 | 04:18 PM | 254-542-6764 | COPPERASCV,TX | NW/PU | 4 | |
| 287 | 10/31 | 05:49 PM | 512-662-8982 | AUSTIN,TX | NW/PU | 2 | |
| 288 | 10/31 | 06:06 PM | 512-461-1217 | AUSTIN,TX | NW/PU | 10 | |

PU - Plan/Promotional Usage   3W - Three Way Call   CW - Call Waiting   NW - Night and Weekends