

| Customer | Account Number | Bill Period | Bill Date |
|---|---|---|---|
| Gary Massey | 943947308 | Oct 19-Nov 18 | Nov 22, 2009 |



A7 of 14

## Call details

### (512) 466-0101 (Continued)

| # | Date | Time | Phone Number | Call Destination | Rate Type | Minutes Used | Total Charges |
|---|---|---|---|---|---|---|---|
| 289 | 11/01 | 10:33 AM | 512-662-8982 | Incoming | NW/PU | 2 | |
| 290 | 11/01 | 12:50 PM | 512-662-8982 | AUSTIN,TX | NW/PU | 1 | |
| 291 | 11/01 | 01:09 PM | 512-461-1217 | Incoming | NW/PU | 4 | |
| 292 | 11/01 | 02:03 PM | 512-662-8982 | Incoming | NW/PU | 1 | |
| 293 | 11/01 | 02:58 PM | VoiceMail | AUSTIN,TX | NW/PU | 3 | |
| 294 | 11/01 | 04:48 PM | VoiceMail | AUSTIN,TX | NW/PU | 1 | |
| 295 | 11/02 | 03:31 AM | VoiceMail | AUSTIN,TX | NW/PU | 1 | |
| 296 | 11/02 | 08:22 AM | 512-535-8129 | Incoming | PU | 1 | |
| 297 | 11/02 | 09:41 AM | 512-662-8982 | Incoming | PU | 2 | |
| 298 | 11/02 | 10:06 AM | 940-627-3351 | Incoming | PU | 1 | |
| 299 | 11/02 | 11:37 AM | 512-535-8129 | AUSTIN,TX | PU | 1 | |
| 300 | 11/02 | 02:29 PM | 832-922-5451 | Incoming | PU | 2 | |
| 301 | 11/02 | 03:43 PM | 830-832-4355 | NEWBRNFELS,TX | PU | 2 | |
| 302 | 11/02 | 04:24 PM | Unavailable | Incoming | PU | 6 | |
| 303 | 11/02 | 04:30 PM | 210-207-7360 | SANANTONIO,TX | PU | 1 | |
| 304 | 11/02 | 04:44 PM | 512-662-8982 | Incoming | PU | 2 | |
| 305 | 11/02 | 04:46 PM | 512-662-8982 | Incoming | PU | 1 | |
| 306 | 11/02 | 04:53 PM | 512-577-9781 | Incoming | PU | 13 | |
| 307 | 11/02 | 06:42 PM | 512-662-8982 | AUSTIN,TX | PU | 1 | |
| 308 | 11/03 | 09:01 AM | 800-898-1908 | Toll Free Call | PU | 29 | |
| 309 | 11/03 | 01:55 PM | 512-662-8982 | AUSTIN,TX | PU | 3 | |
| 310 | 11/03 | 03:17 PM | 210-207-7754 | SANANTONIO,TX | PU | 2 | |
| 311 | 11/03 | 03:26 PM | 512-535-8129 | Incoming | PU | 1 | |
| 312 | 11/03 | 03:35 PM | 210-207-7360 | SANANTONIO,TX | PU | 2 | |
| 313 | 11/03 | 03:37 PM | 626-808-5189 | PSDN MAIN,CA | PU | 2 | |
| 314 | 11/03 | 06:00 PM | 512-662-8982 | AUSTIN,TX | PU | 3 | |
| 315 | 11/03 | 06:50 PM | VoiceMail | AUSTIN,TX | PU | 1 | |
| 316 | 11/03 | 06:51 PM | VoiceMail | AUSTIN,TX | PU | 1 | |
| 317 | 11/03 | 07:01 PM | 512-662-8982 | AUSTIN,TX | PU | 1 | |
| 318 | 11/04 | 09:19 AM | 512-779-7898 | AUSTIN,TX | PU | 1 | |
| 319 | 11/04 | 09:44 AM | 512-779-7898 | Incoming | PU | 13 | |
| 320 | 11/04 | 09:58 AM | 512-662-8982 | AUSTIN,TX | PU | 3 | |
| 321 | 11/04 | 10:01 AM | 512-458-1391 | AUSTIN,TX | PU | 2 | |
| 322 | 11/04 | 10:03 AM | 512-662-8982 | Incoming | PU | 2 | |
| 323 | 11/04 | 10:08 AM | 512-577-9781 | Incoming | PU | 9 | |
| 324 | 11/04 | 10:27 AM | 512-458-1391 | Incoming | PU | 5 | |
| 325 | 11/04 | 10:36 AM | 513-831-0440 | Incoming | PU | 6 | |
| 326 | 11/04 | 10:47 AM | 626-808-5189 | PSDN MAIN,CA | PU | 4 | |
| 327 | 11/04 | 10:50 AM | 512-458-1391 | Incoming | CW/PU | 2 | |
| 328 | 11/04 | 10:51 AM | 512-458-1391 | AUSTIN,TX | PU | 3 | |
| 329 | 11/04 | 10:59 AM | 512-687-3401 | Incoming | PU | 1 | |
| 330 | 11/04 | 11:14 AM | 626-808-5189 | PSDN MAIN,CA | PU | 8 | |
| 331 | 11/04 | 11:23 AM | 512-662-8982 | Incoming | PU | 1 | |
| 332 | 11/04 | 11:24 AM | Unavailable | Incoming | CW/PU | 7 | |
| 333 | 11/04 | 12:00 PM | 512-662-8982 | Incoming | PU | 2 | |
| 334 | 11/04 | 12:05 PM | 713-755-4024 | HOUSTON,TX | PU | 2 | |
| 335 | 11/04 | 12:34 PM | 210-207-7067 | SANANTONIO,TX | PU | 4 | |
| 336 | 11/04 | 12:36 PM | 512-687-3401 | Incoming | CW/PU | 4 | |

NW - Night and Weekends    PU - Plan/Promotional Usage    CW - Call Waiting



| Customer | Account Number | Bill Period | Bill Date |
|---|---|---|---|
| Gary Massey | 943947308 | Oct 19-Nov 18 | Nov 22, 2009 |

A8 of 14

## Call details

### (512) 466-0101 (Continued)

| # | Date | Time | Phone Number | Call Destination | Rate Type | Minutes Used | Total Charges |
|---|---|---|---|---|---|---|---|
| 337 | 11/04 | 01:05 PM | 513-831-0440 | Incoming | PU | 10 | |
| 338 | 11/04 | 01:24 PM | 513-831-0440 | Incoming | PU | 7 | |
| 339 | 11/04 | 01:36 PM | 832-922-5451 | Incoming | PU | 3 | |
| 340 | 11/04 | 01:43 PM | 202-253-2372 | Incoming | PU | 13 | |
| 341 | 11/04 | 02:38 PM | Unavailable | Incoming | PU | 5 | |
| 342 | 11/04 | 02:50 PM | 512-577-9781 | Incoming | PU | 3 | |
| 343 | 11/04 | 03:26 PM | 866-432-3012 | Toll Free Call | PU | 6 | |
| 344 | 11/04 | 04:09 PM | VoiceMail | AUSTIN,TX | PU | 3 | |
| 345 | 11/04 | 05:08 PM | 512-662-8982 | Incoming | PU | 2 | |
| 346 | 11/04 | 05:09 PM | 512-971-9321 | Incoming | CW/PU | 14 | |
| 347 | 11/04 | 06:08 PM | 703-568-4064 | Incoming | PU | 15 | |
| 348 | 11/04 | 06:46 PM | 254-542-6764 | COPPERASCV,TX | PU | 3 | |
| 349 | 11/04 | 09:23 PM | 512-662-8982 | AUSTIN,TX | NW/PU | 6 | |
| 350 | 11/05 | 12:16 AM | VoiceMail | AUSTIN,TX | NW/PU | 2 | |
| 351 | 11/05 | 08:17 AM | 512-779-7898 | Incoming | PU | 25 | |
| 352 | 11/05 | 08:41 AM | 202-220-7659 | ,DC | 3W/PU | 1 | |
| 353 | 11/05 | 08:42 AM | 512-779-7898 | AUSTIN,TX | PU | 2 | |
| 354 | 11/05 | 08:42 AM | 202-508-6359 | ,DC | 3W/PU | 2 | |
| 355 | 11/05 | 08:44 AM | 202-316-4464 | WASHINGTON,DC | PU | 15 | |
| 356 | 11/05 | 08:45 AM | 512-779-7898 | ,TX | 3W/PU | 14 | |
| 357 | 11/05 | 09:40 AM | 512-687-3401 | Incoming | PU | 12 | |
| 358 | 11/05 | 09:52 AM | 512-577-9781 | AUSTIN,TX | PU | 5 | |
| 359 | 11/05 | 10:08 AM | 703-476-9381 | Incoming | PU | 36 | |
| 360 | 11/05 | 11:11 AM | 512-577-9781 | Incoming | PU | 6 | |
| 361 | 11/05 | 11:18 AM | 512-577-9781 | Incoming | PU | 14 | |
| 362 | 11/05 | 12:27 PM | 626-325-9600 | SIERRAMADR,CA | PU | 2 | |
| 363 | 11/05 | 12:41 PM | 832-922-5451 | HOUSTON,TX | PU | 8 | |
| 364 | 11/05 | 01:56 PM | 512-535-8129 | AUSTIN,TX | PU | 1 | |
| 365 | 11/05 | 02:01 PM | 713-755-4358 | HOUSTON,TX | PU | 9 | |
| 366 | 11/05 | 04:05 PM | 254-532-3001 | KILLEEN,TX | PU | 5 | |
| 367 | 11/05 | 04:12 PM | 512-779-7898 | Incoming | PU | 11 | |
| 368 | 11/05 | 04:32 PM | 512-662-8982 | Incoming | PU | 3 | |
| 369 | 11/05 | 06:43 PM | 626-808-5189 | Incoming | PU | 3 | |
| 370 | 11/05 | 06:47 PM | 512-662-8982 | AUSTIN,TX | PU | 1 | |
| 371 | 11/05 | 08:11 PM | Unavailable | Incoming | PU | 11 | |
| 372 | 11/05 | 09:11 PM | 626-808-5189 | PSDN MAIN,CA | NW/PU | 1 | |
| 373 | 11/05 | 09:14 PM | 626-808-5189 | Incoming | NW/PU | 1 | |
| 374 | 11/06 | 08:13 AM | 480-505-8877 | PHOENIX,AZ | PU | 2 | |
| 375 | 11/06 | 08:16 AM | 480-505-8877 | PHOENIX,AZ | PU | 7 | |
| 376 | 11/06 | 09:01 AM | 512-779-7898 | AUSTIN,TX | PU | 10 | |
| 377 | 11/06 | 10:29 AM | 512-658-8626 | Incoming | PU | 2 | |
| 378 | 11/06 | 10:50 AM | 512-658-8626 | AUSTIN,TX | PU | 1 | |
| 379 | 11/06 | 11:50 AM | 626-808-5189 | Incoming | PU | 1 | |
| 380 | 11/06 | 11:54 AM | 512-662-8982 | Incoming | PU | 2 | |
| 381 | 11/06 | 12:13 PM | 512-358-2642 | AUSTIN,TX | PU | 1 | |
| 382 | 11/06 | 12:13 PM | 512-921-8311 | AUSTIN,TX | PU | 7 | |
| 383 | 11/06 | 12:59 PM | VoiceMail | AUSTIN,TX | PU | 1 | |
| 384 | 11/06 | 01:31 PM | 512-535-8129 | AUSTIN,TX | PU | 1 | |

PU - Plan/Promotional Usage    CW - Call Waiting    NW - Night and Weekends    3W - Three Way Call


# Call details

## (512) 466-0101 (Continued)

| # | Date | Time | Phone Number | Call Destination | Rate Type | Minutes Used | Total Charges |
|---|---|---|---|---|---|---|---|
| 385 | 11/06 | 02:05 PM | VoiceMail | AUSTIN,TX | PU | 1 | |
| 386 | 11/06 | 02:44 PM | VoiceMail | AUSTIN,TX | PU | 1 | |
| 387 | 11/06 | 02:46 PM | 512-731-3551 | AUSTIN,TX | PU | 1 | |
| 388 | 11/06 | 02:51 PM | 713-755-4024 | HOUSTON,TX | PU | 1 | |
| 389 | 11/06 | 03:15 PM | 713-755-4011 | HOUSTON,TX | PU | 3 | |
| 390 | 11/06 | 03:17 PM | 512-731-3551 | Incoming | PU | 9 | |
| 391 | 11/06 | 08:44 PM | 512-662-8982 | AUSTIN,TX | PU | 4 | |
| 392 | 11/07 | 10:03 AM | 512-662-8982 | Incoming | NW/PU | 1 | |
| 393 | 11/07 | 12:12 PM | 512-971-9321 | Incoming | NW/PU | 2 | |
| 394 | 11/07 | 01:57 PM | 254-532-3001 | KILLEEN,TX | NW/PU | 1 | |
| 395 | 11/07 | 03:37 PM | 254-542-6764 | COPPERASCV,TX | NW/PU | 1 | |
| 396 | 11/07 | 03:50 PM | 254-542-6764 | COPPERASCV,TX | NW/PU | 1 | |
| 397 | 11/07 | 04:07 PM | 254-542-6764 | Incoming | NW/PU | 2 | |
| 398 | 11/07 | 04:10 PM | 254-542-6764 | Incoming | NW/PU | 1 | |
| 399 | 11/07 | 04:30 PM | 615-967-1010 | SMYRNA,TN | NW/PU | 2 | |
| 400 | 11/07 | 07:07 PM | 512-662-8982 | Incoming | NW/PU | 1 | |
| 401 | 11/07 | 07:11 PM | 254-247-4024 | KILLEEN,TX | NW/PU | 2 | |
| 402 | 11/07 | 07:35 PM | 615-967-1010 | SMYRNA,TN | NW/PU | 3 | |
| 403 | 11/07 | 07:38 PM | 615-967-1010 | SMYRNA,TN | NW/PU | 1 | |
| 404 | 11/07 | 07:38 PM | 615-967-1010 | SMYRNA,TN | NW/PU | 1 | |
| 405 | 11/07 | 07:39 PM | 615-967-1010 | SMYRNA,TN | NW/PU | 1 | |
| 406 | 11/07 | 07:40 PM | VoiceMail | AUSTIN,TX | NW/PU | 1 | |
| 407 | 11/07 | 07:55 PM | 615-967-1001 | Incoming | NW/PU | 43 | |
| 408 | 11/07 | 09:04 PM | 512-662-8982 | AUSTIN,TX | NW/PU | 2 | |
| 409 | 11/08 | 10:53 AM | 512-662-8982 | AUSTIN,TX | NW/PU | 4 | |
| 410 | 11/08 | 11:20 AM | 800-867-7183 | Incoming | NW/PU | 12 | |
| 411 | 11/08 | 01:17 PM | 512-662-8982 | AUSTIN,TX | NW/PU | 1 | |
| 412 | 11/08 | 02:33 PM | 512-662-8982 | AUSTIN,TX | NW/PU | 1 | |
| 413 | 11/08 | 02:35 PM | 512-662-8982 | AUSTIN,TX | NW/PU | 1 | |
| 414 | 11/08 | 04:34 PM | 512-914-2482 | AUSTIN,TX | NW/PU | 1 | |
| 415 | 11/08 | 05:10 PM | 512-658-8626 | Incoming | NW/PU | 2 | |
| 416 | 11/08 | 06:50 PM | 512-662-8982 | AUSTIN,TX | NW/PU | 1 | |
| 417 | 11/08 | 06:51 PM | 512-662-8982 | AUSTIN,TX | NW/PU | 1 | |
| 418 | 11/08 | 06:53 PM | VoiceMail | AUSTIN,TX | NW/PU | 2 | |
| 419 | 11/08 | 06:54 PM | 512-662-8982 | AUSTIN,TX | NW/PU | 1 | |
| 420 | 11/08 | 06:58 PM | 512-662-8982 | Incoming | NW/PU | 3 | |
| 421 | 11/08 | 07:00 PM | 512-662-8982 | AUSTIN,TX | NW/PU | 2 | |
| 422 | 11/09 | 01:05 AM | 512-879-4655 | AUSTIN,TX | NW/PU | 1 | |
| 423 | 11/09 | 01:07 AM | 512-879-4655 | AUSTIN,TX | NW/PU | 1 | |
| 424 | 11/09 | 01:07 AM | 512-879-4655 | AUSTIN,TX | NW/PU | 15 | |
| 425 | 11/09 | 09:14 AM | 512-662-8982 | AUSTIN,TX | PU | 3 | |
| 426 | 11/09 | 10:09 AM | 254-542-6764 | Incoming | PU | 15 | |
| 427 | 11/09 | 11:18 AM | 202-628-2100 | WASHINGTON,DC | PU | 4 | |
| 428 | 11/09 | 11:24 AM | 832-922-5451 | Incoming | PU | 2 | |
| 429 | 11/09 | 01:03 PM | 512-577-9781 | Incoming | PU | 5 | |
| 430 | 11/09 | 02:33 PM | 512-779-7898 | Incoming | PU | 9 | |
| 431 | 11/09 | 02:45 PM | 512-779-7898 | Incoming | PU | 1 | |
| 432 | 11/09 | 02:47 PM | 512-463-0722 | AUSTIN,TX | PU | 4 | |

PU - Plan/Promotional Usage    NW - Night and Weekends



| Customer | Account Number | Bill Period | Bill Date | |
|---|---|---|---|---|
| Gary Massey | 943947308 | Oct 19-Nov 18 | Nov 22, 2009 | A10 of 14 |

# Call details

### (512) 466-0101 (Continued)

| | Date | Time | Phone Number | Call Destination | Rate Type | Minutes Used | Total Charges |
|---|---|---|---|---|---|---|---|
| 433 | 11/09 | 03:12 PM | 512-687-3401 | Incoming | PU | 5 | |
| 434 | 11/09 | 03:16 PM | 512-463-0722 | AUSTIN,TX | PU | 4 | |
| 435 | 11/09 | 03:31 PM | 512-779-7898 | Incoming | PU | 8 | |
| 436 | 11/09 | 03:44 PM | 832-922-5451 | Incoming | PU | 1 | |
| 437 | 11/09 | 04:24 PM | 626-808-5189 | PSDN MAIN,CA | PU | 1 | |
| 438 | 11/09 | 04:25 PM | 832-922-5451 | Incoming | PU | 1 | |
| 439 | 11/09 | 04:27 PM | 626-808-5189 | PSDN MAIN,CA | PU | 1 | |
| 440 | 11/09 | 05:06 PM | Unavailable | Incoming | PU | 6 | |
| 441 | 11/09 | 05:23 PM | 512-662-8982 | Incoming | PU | 1 | |
| 442 | 11/09 | 05:28 PM | 626-808-5189 | Incoming | PU | 3 | |
| 443 | 11/09 | 06:33 PM | 512-662-8982 | AUSTIN,TX | PU | 1 | |
| 444 | 11/09 | 08:18 PM | 512-662-8982 | Incoming | PU | 1 | |
| 445 | 11/10 | 08:05 AM | 512-662-8982 | Incoming | PU | 3 | |
| 446 | 11/10 | 08:29 AM | 512-779-7898 | AUSTIN,TX | PU | 1 | |
| 447 | 11/10 | 09:27 AM | 512-779-7898 | Incoming | PU | 15 | |
| 448 | 11/10 | 09:49 AM | 281-804-8591 | HOUSTON,TX | PU | 1 | |
| 449 | 11/10 | 09:54 AM | 512-458-1391 | Incoming | PU | 4 | |
| 450 | 11/10 | 10:08 AM | 281-804-8591 | HOUSTON,TX | PU | 1 | |
| 451 | 11/10 | 10:09 AM | VoiceMail | AUSTIN,TX | PU | 1 | |
| 452 | 11/10 | 10:20 AM | 713-822-7448 | Incoming | PU | 15 | |
| 453 | 11/10 | 10:35 AM | 512-779-7898 | AUSTIN,TX | PU | 4 | |
| 454 | 11/10 | 10:47 AM | 512-779-7898 | Incoming | PU | 7 | |
| 455 | 11/10 | 11:09 AM | 281-804-8591 | Incoming | PU | 8 | |
| 456 | 11/10 | 11:23 AM | 626-808-5189 | PSDN MAIN,CA | PU | 2 | |
| 457 | 11/10 | 11:27 AM | 713-921-8890 | HOUSTON,TX | PU | 1 | |
| 458 | 11/10 | 11:27 AM | 713-775-6044 | HOUSTON,TX | PU | 1 | |
| 459 | 11/10 | 11:29 AM | 713-221-6000 | HOUSTON,TX | PU | 3 | |
| 460 | 11/10 | 11:36 AM | 713-755-5300 | HOUSTON,TX | PU | 3 | |
| 461 | 11/10 | 11:42 AM | 713-775-6044 | HOUSTON,TX | PU | 1 | |
| 462 | 11/10 | 11:43 AM | 713-755-6044 | HOUSTON,TX | PU | 6 | |
| 463 | 11/10 | 11:52 AM | 626-808-5189 | PSDN MAIN,CA | PU | 1 | |
| 464 | 11/10 | 11:54 AM | 626-644-3465 | PSDN MAIN,CA | PU | 6 | |
| 465 | 11/10 | 12:00 PM | 512-779-7898 | AUSTIN,TX | PU | 1 | |
| 466 | 11/10 | 12:00 PM | 626-644-3465 | Incoming | PU | 1 | |
| 467 | 11/10 | 12:01 PM | 626-644-3465 | Incoming | PU | 1 | |
| 468 | 11/10 | 12:33 PM | 512-779-7898 | AUSTIN,TX | PU | 2 | |
| 469 | 11/10 | 01:31 PM | 626-808-5189 | PSDN MAIN,CA | PU | 2 | |
| 470 | 11/10 | 01:57 PM | 888-915-1110 | Toll Free Call | PU | 3 | |
| 471 | 11/10 | 02:24 PM | 512-779-7898 | AUSTIN,TX | PU | 1 | |
| 472 | 11/10 | 02:27 PM | 210-207-8448 | SANANTONIO,TX | PU | 1 | |
| 473 | 11/10 | 02:27 PM | 210-207-8448 | SANANTONIO,TX | PU | 3 | |
| 474 | 11/10 | 02:41 PM | 512-779-7898 | Incoming | PU | 3 | |
| 475 | 11/10 | 03:09 PM | 626-808-5189 | Incoming | PU | 7 | |
| 476 | 11/10 | 03:26 PM | 512-535-8129 | Incoming | PU | 1 | |
| 477 | 11/10 | 03:27 PM | 512-926-8905 | AUSTIN,TX | PU | 2 | |
| 478 | 11/10 | 06:56 PM | 512-662-8982 | AUSTIN,TX | PU | 7 | |
| 479 | 11/11 | 08:40 AM | 626-808-5189 | PSDN MAIN,CA | PU | 1 | |
| 480 | 11/11 | 09:16 AM | 512-662-8982 | AUSTIN,TX | PU | 1 | |

PU - Plan/Promotional Usage



| Customer | Account Number | Bill Period | Bill Date |
|---|---|---|---|
| Gary Massey | 943947308 | Oct 19 - Nov 18 | Nov 22, 2009 |

A11 of 14



# Call details

### (512) 466-0101 (Continued)

| | Date | Time | Phone Number | Call Destination | Rate Type | Minutes Used | Total Charges |
|---|---|---|---|---|---|---|---|
| 481 | 11/11 | 09:16 AM | 512-662-8982 | AUSTIN,TX | PU | 2 | |
| 482 | 11/11 | 10:02 AM | 626-644-3465 | Incoming | PU | 2 | |
| 483 | 11/11 | 10:04 AM | 626-644-3465 | Incoming | PU | 10 | |
| 484 | 11/11 | 10:14 AM | 626-644-3465 | Incoming | PU | 6 | |
| 485 | 11/11 | 10:27 AM | 513-607-9742 | CINCINNATI,OH | PU | 2 | |
| 486 | 11/11 | 10:39 AM | 832-922-5451 | HOUSTON,TX | PU | 2 | |
| 487 | 11/11 | 10:49 AM | 626-644-3465 | Incoming | PU | 1 | |
| 488 | 11/11 | 10:58 AM | 626-808-5189 | PSDN MAIN,CA | PU | 6 | |
| 489 | 11/11 | 11:03 AM | 513-607-9742 | CINCINNATI,OH | PU | 1 | |
| 490 | 11/11 | 11:16 AM | 832-922-5451 | HOUSTON,TX | PU | 2 | |
| 491 | 11/11 | 11:23 AM | 832-922-5451 | Incoming | PU | 1 | |
| 492 | 11/11 | 11:27 AM | 626-808-5189 | Incoming | PU | 3 | |
| 493 | 11/11 | 11:35 AM | 513-607-9742 | Incoming | PU | 7 | |
| 494 | 11/11 | 11:43 AM | 513-277-1930 | CINCINNATI,OH | PU | 24 | |
| 495 | 11/11 | 11:50 AM | 626-808-5189 | ,CA | 3W/PU | 17 | |
| 496 | 11/11 | 12:22 PM | 513-277-1930 | CINCINNATI,OH | PU | 20 | |
| 497 | 11/11 | 12:26 PM | 626-808-5189 | ,CA | 3W/PU | 16 | |
| 498 | 11/11 | 12:41 PM | 513-277-1930 | CINCINNATI,OH | PU | 6 | |
| 499 | 11/11 | 01:03 PM | VoiceMail | AUSTIN,TX | PU | 2 | |
| 500 | 11/11 | 01:19 PM | 512-345-6081 | AUSTIN,TX | PU | 3 | |
| 501 | 11/11 | 01:44 PM | 512-345-6081 | AUSTIN,TX | PU | 1 | |
| 502 | 11/11 | 01:49 PM | 512-577-9781 | AUSTIN,TX | PU | 7 | |
| 503 | 11/11 | 02:31 PM | 832-277-7621 | Incoming | PU | 4 | |
| 504 | 11/11 | 02:46 PM | 713-775-6044 | HOUSTON,TX | PU | 1 | |
| 505 | 11/11 | 02:47 PM | 713-221-6000 | HOUSTON,TX | PU | 1 | |
| 506 | 11/11 | 03:00 PM | 512-662-8982 | AUSTIN,TX | PU | 5 | |
| 507 | 11/11 | 03:04 PM | 830-832-4355 | NEWBRNFELS,TX | PU | 2 | |
| 508 | 11/11 | 03:07 PM | 411 | Sprint 411 | DA | 2 | $1.79 |
| 509 | 11/11 | 03:08 PM | 713-221-6000 | Sprint 411,TX | DA | 3 | |
| 510 | 11/11 | 03:12 PM | 713-755-6044 | HOUSTON,TX | PU | 2 | |
| 511 | 11/11 | 03:17 PM | 832-277-7621 | HOUSTON,TX | PU | 12 | |
| 512 | 11/11 | 03:32 PM | 832-277-7621 | Incoming | PU | 2 | |
| 513 | 11/11 | 03:44 PM | 626-808-5189 | PSDN MAIN,CA | PU | 4 | |
| 514 | 11/11 | 05:56 PM | 626-808-5189 | PSDN MAIN,CA | PU | 1 | |
| 515 | 11/12 | 06:40 AM | 626-808-5189 | Incoming | NW/PU | 1 | |
| 516 | 11/12 | 07:27 AM | VoiceMail | AUSTIN,TX | PU | 1 | |
| 517 | 11/12 | 08:39 AM | 713-755-6044 | HOUSTON,TX | PU | 1 | |
| 518 | 11/12 | 08:51 AM | 713-755-6044 | HOUSTON,TX | PU | 4 | |
| 519 | 11/12 | 08:54 AM | 626-808-5189 | Incoming | CW/PU | 1 | |
| 520 | 11/12 | 08:55 AM | 713-755-6044 | HOUSTON,TX | PU | 1 | |
| 521 | 11/12 | 09:10 AM | 512-535-8129 | AUSTIN,TX | PU | 2 | |
| 522 | 11/12 | 09:13 AM | 512-779-7898 | AUSTIN,TX | PU | 1 | |
| 523 | 11/12 | 09:17 AM | 513-277-1930 | CINCINNATI,OH | PU | 18 | |
| 524 | 11/12 | 09:35 AM | 626-808-5189 | Incoming | CW/PU | 1 | |
| 525 | 11/12 | 09:35 AM | 513-277-1930 | CINCINNATI,OH | PU | 4 | |
| 526 | 11/12 | 09:40 AM | 626-808-5189 | Incoming | PU | 1 | |
| 527 | 11/12 | 09:45 AM | 512-535-8129 | AUSTIN,TX | PU | 2 | |

PU - Plan/Promotional Usage  3W - Three Way Call  DA - Directory Assistance  NW - Night and Weekends
CW - Call Waiting



| Customer | Account Number | Bill Period | Bill Date |
|---|---|---|---|
| Gary Massey | 943947308 | Oct 19 - Nov 18 | Nov 22, 2009 |

CONFIDENTIAL

A12 of 14

## Call details

### (512) 466-0101 (Continued)

| | Date | Time | Phone Number | Call Destination | Rate Type | Minutes Used | Total Charges |
|---|---|---|---|---|---|---|---|
| 528 | 11/12 | 11:47 AM | 210-207-7360 | SANANTONIO,TX | PU | 8 | |
| 529 | 11/12 | 11:56 AM | Unavailable | Incoming | PU | 1 | |
| 530 | 11/12 | 12:07 PM | 281-804-8591 | Incoming | PU | 1 | |
| 531 | 11/12 | 02:38 PM | 512-535-8129 | AUSTIN,TX | PU | 5 | |
| 532 | 11/12 | 03:04 PM | 830-391-3422 | FLORESVL,TX | PU | 15 | |
| 533 | 11/12 | 03:40 PM | 210-207-8301 | SANANTONIO,TX | PU | 3 | |
| 534 | 11/13 | 05:50 AM | 830-832-4355 | NEWBRNFELS,TX | NW/PU | 2 | |
| 535 | 11/13 | 05:52 AM | 512-535-8129 | AUSTIN,TX | NW/PU | 2 | |
| 536 | 11/13 | 06:46 AM | VoiceMail | AUSTIN,TX | NW/PU | 1 | |
| 537 | 11/13 | 06:46 AM | VoiceMail | AUSTIN,TX | NW/PU | 1 | |
| 538 | 11/13 | 06:50 AM | 877-283-0898 | Toll Free Call | NW/PU | 2 | |
| 539 | 11/13 | 06:53 AM | 877-283-0898 | Toll Free Call | NW/PU | 5 | |
| 540 | 11/13 | 07:48 AM | 512-535-8129 | AUSTIN,TX | PU | 5 | |
| 541 | 11/13 | 09:05 AM | 512-687-3446 | AUSTIN,TX | PU | 1 | |
| 542 | 11/13 | 09:22 AM | 512-577-9781 | AUSTIN,TX | PU | 1 | |
| 543 | 11/13 | 09:24 AM | 512-577-9781 | Incoming | PU | 3 | |
| 544 | 11/13 | 01:14 PM | 512-687-3446 | AUSTIN,TX | PU | 2 | |
| 545 | 11/13 | 01:15 PM | Unavailable | Incoming | CW/PU | 3 | |
| 546 | 11/13 | 01:23 PM | 214-686-7155 | GRAND PRAR,TX | PU | 6 | |
| 547 | 11/13 | 01:36 PM | 512-687-3495 | AUSTIN,TX | PU | 2 | |
| 548 | 11/13 | 01:38 PM | 512-687-3495 | AUSTIN,TX | PU | 1 | |
| 549 | 11/13 | 01:39 PM | 512-687-3495 | AUSTIN,TX | PU | 5 | |
| 550 | 11/13 | 01:43 PM | 512-901-4009 | AUSTIN,TX | PU | 4 | |
| 551 | 11/13 | 03:44 PM | VoiceMail | AUSTIN,TX | PU | 1 | |
| 552 | 11/13 | 03:45 PM | VoiceMail | AUSTIN,TX | PU | 1 | |
| 553 | 11/13 | 03:46 PM | 512-779-7898 | AUSTIN,TX | PU | 1 | |
| 554 | 11/13 | 04:14 PM | 512-779-7898 | Incoming | PU | 1 | |
| 555 | 11/13 | 04:54 PM | 512-658-8626 | Incoming | PU | 1 | |
| 556 | 11/13 | 05:03 PM | 626-808-5189 | PSDN MAIN,CA | PU | 2 | |
| 557 | 11/13 | 05:32 PM | 626-808-5189 | PSDN MAIN,CA | PU | 3 | |
| 558 | 11/13 | 06:42 PM | 626-808-5189 | PSDN MAIN,CA | PU | 3 | |
| 559 | 11/13 | 06:52 PM | 512-662-8982 | AUSTIN,TX | PU | 3 | |
| 560 | 11/14 | 08:22 AM | VoiceMail | AUSTIN,TX | NW/PU | 1 | |
| 561 | 11/14 | 10:28 AM | 512-662-8982 | Incoming | NW/PU | 1 | |
| 562 | 11/14 | 11:38 AM | 214-435-2154 | GRAND PRAR,TX | NW/PU | 1 | |
| 563 | 11/14 | 12:17 PM | 512-662-8982 | AUSTIN,TX | NW/PU | 1 | |
| 564 | 11/14 | 12:17 PM | 512-662-8982 | Incoming | NW/PU | 1 | |
| 565 | 11/14 | 12:55 PM | VoiceMail | AUSTIN,TX | NW/PU | 3 | |
| 566 | 11/14 | 12:57 PM | VoiceMail | AUSTIN,TX | NW/PU | 3 | |
| 567 | 11/14 | 02:43 PM | 800-955-7070 | Toll Free Call | NW/PU | 1 | |
| 568 | 11/14 | 03:32 PM | 512-541-2409 | AUSTIN,TX | NW/PU | 1 | |
| 569 | 11/14 | 05:23 PM | 512-535-8129 | Incoming | NW/PU | 5 | |
| 570 | 11/14 | 06:05 PM | 512-662-8982 | Incoming | NW/PU | 3 | |
| 571 | 11/14 | 08:00 PM | 512-662-8982 | Incoming | NW/PU | 1 | |
| 572 | 11/15 | 10:56 AM | 512-662-8982 | AUSTIN,TX | NW/PU | 2 | |
| 573 | 11/15 | 12:51 PM | 512-662-8982 | Incoming | NW/PU | 2 | |
| 574 | 11/15 | 02:05 PM | 512-662-8982 | AUSTIN,TX | NW/PU | 1 | |
| 575 | 11/15 | 04:02 PM | 512-343-9111 | AUSTIN,TX | NW/PU | 1 | |

PU - Plan/Promotional Usage   NW - Night and Weekends   CW - Call Waiting


| Customer | Account Number | Bill Period | Bill Date |
|---|---|---|---|
| Gary Massey | 943947308 | Oct 19-Nov 18 | Nov 22, 2009 |

A13 of 14

CONFIDENTIAL

## Call details

### (512) 466-0101 (Continued)

| | Date | Time | Phone Number | Call Destination | Rate Type | Minutes Used | Total Charges |
|---|---|---|---|---|---|---|---|
| 576 | 11/15 | 08:23 PM | 512-662-8982 | AUSTIN,TX | NW/PU | 1 | |
| 577 | 11/16 | 07:36 AM | VoiceMail | AUSTIN,TX | PU | 1 | |
| 578 | 11/16 | 08:21 AM | VoiceMail | AUSTIN,TX | PU | 6 | |
| 579 | 11/16 | 08:22 AM | 972-932-0200 | KAUFMAN,TX | FC | 5 | |
| 580 | 11/16 | 08:29 AM | VoiceMail | AUSTIN,TX | PU | 1 | |
| 581 | 11/16 | 08:30 AM | 512-901-4055 | AUSTIN,TX | PU | 2 | |
| 582 | 11/16 | 08:40 AM | 972-932-0200 | Incoming | PU | 5 | |
| 583 | 11/16 | 08:49 AM | 512-687-3401 | Incoming | PU | 1 | |
| 584 | 11/16 | 08:58 AM | 972-932-0200 | KAUFMAN,TX | PU | 4 | |
| 585 | 11/16 | 09:09 AM | 512-662-8982 | Incoming | PU | 1 | |
| 586 | 11/16 | 09:28 AM | 866-272-5192 | Toll Free Call | PU | 1 | |
| 587 | 11/16 | 09:33 AM | 866-272-5192 | Toll Free Call | PU | 17 | |
| 588 | 11/16 | 10:04 AM | 309-794-3309 | ROCK ISLAND,IL | PU | 7 | |
| 589 | 11/16 | 10:21 AM | 800-435-7764 | Toll Free Call | PU | 3 | |
| 590 | 11/16 | 10:59 AM | 773-466-0871 | CHICAGO,IL | PU | 1 | |
| 591 | 11/16 | 11:00 AM | 773-466-0871 | CHICAGO,IL | PU | 1 | |
| 592 | 11/16 | 11:01 AM | 773-466-0871 | CHICAGO,IL | PU | 45 | |
| 593 | 11/16 | 11:03 AM | 817-648-3962 | Incoming | CW/PU | 4 | |
| 594 | 11/16 | 11:46 AM | VoiceMail | AUSTIN,TX | PU | 1 | |
| 595 | 11/16 | 11:46 AM | 512-255-2680 | AUSTIN,TX | PU | 2 | |
| 596 | 11/16 | 11:49 AM | 800-435-7764 | Toll Free Call | PU | 3 | |
| 597 | 11/16 | 12:02 PM | VoiceMail | AUSTIN,TX | PU | 2 | |
| 598 | 11/16 | 12:20 PM | VoiceMail | AUSTIN,TX | PU | 1 | |
| 599 | 11/16 | 01:25 PM | 512-687-3401 | Incoming | PU | 5 | |
| 600 | 11/16 | 01:50 PM | 512-779-7898 | AUSTIN,TX | PU | 1 | |
| 601 | 11/16 | 01:54 PM | 512-244-9000 | AUSTIN,TX | PU | 4 | |
| 602 | 11/16 | 02:23 PM | 800-639-6114 | Toll Free Call | PU | 1 | |
| 603 | 11/16 | 02:40 PM | 630-291-0655 | LA GRANGE,IL | PU | 3 | |
| 604 | 11/16 | 03:29 PM | 512-577-9781 | Incoming | PU | 16 | |
| 605 | 11/16 | 03:57 PM | VoiceMail | AUSTIN,TX | PU | 1 | |
| 606 | 11/16 | 03:57 PM | 512-662-8982 | AUSTIN,TX | PU | 5 | |
| 607 | 11/16 | 08:10 PM | 512-662-8982 | AUSTIN,TX | PU | 5 | |
| 608 | 11/17 | 08:37 AM | 512-662-8982 | AUSTIN,TX | PU | 5 | |
| 609 | 11/17 | 08:45 AM | 512-662-8982 | AUSTIN,TX | PU | 2 | |
| 610 | 11/17 | 09:51 AM | 512-577-9781 | AUSTIN,TX | PU | 1 | |
| 611 | 11/17 | 09:52 AM | VoiceMail | AUSTIN,TX | PU | 1 | |
| 612 | 11/17 | 09:58 AM | 513-831-4110 | Incoming | PU | 7 | |
| 613 | 11/17 | 10:09 AM | 512-687-3446 | AUSTIN,TX | PU | 2 | |
| 614 | 11/17 | 10:11 AM | 254-532-3001 | KILLEEN,TX | PU | 3 | |
| 615 | 11/17 | 11:39 AM | 512-345-6081 | AUSTIN,TX | PU | 2 | |
| 616 | 11/17 | 01:38 PM | 512-470-9988 | AUSTIN,TX | PU | 1 | |
| 617 | 11/17 | 01:59 PM | 512-779-7898 | AUSTIN,TX | PU | 7 | |
| 618 | 11/17 | 04:11 PM | 626-808-5189 | PSDN MAIN,CA | PU | 2 | |
| 619 | 11/17 | 04:12 PM | 626-808-5189 | Incoming | CW/PU | 5 | |
| 620 | 11/17 | 05:09 PM | 512-470-9988 | Incoming | PU | 6 | |
| 621 | 11/17 | 06:07 PM | 512-662-8982 | Incoming | PU | 2 | |
| 622 | 11/18 | 09:22 AM | 253-312-6805 | TACOMA,WA | PU | 1 | |
| 623 | 11/18 | 09:55 AM | 626-808-5189 | PSDN MAIN,CA | PU | 1 | |

NW - Night and Weekends   PU - Plan/Promotional Usage   FC - Free Call   CW - Call Waiting


| Customer | Account Number | Bill Period | Bill Date |
|---|---|---|---|
| Gary Massey | 943947308 | Oct 19-Nov 18 | Nov 22, 2009 |

## Call details

### (512) 466-0101 (Continued)

| | Date | Time | Phone Number | Call Destination | Rate Type | Minutes Used | Total Charges |
|---|---|---|---|---|---|---|---|
| 624 | 11/18 | 09:56 AM | 512-687-3446 | AUSTIN,TX | PU | 1 | |
| 625 | 11/18 | 09:58 AM | VoiceMail | AUSTIN,TX | PU | 2 | |
| 626 | 11/18 | 10:01 AM | VoiceMail | AUSTIN,TX | PU | 1 | |
| 627 | 11/18 | 10:02 AM | 512-879-4655 | AUSTIN,TX | PU | 1 | |
| 628 | 11/18 | 10:04 AM | 512-879-4655 | AUSTIN,TX | PU | 1 | |
| 629 | 11/18 | 10:05 AM | 512-879-4655 | AUSTIN,TX | PU | 13 | |
| 630 | 11/18 | 10:19 AM | VoiceMail | AUSTIN,TX | PU | 1 | |
| 631 | 11/18 | 11:19 AM | VoiceMail | AUSTIN,TX | PU | 1 | |
| 632 | 11/18 | 11:28 AM | 512-687-3401 | Incoming | PU | 1 | |
| 633 | 11/18 | 11:29 AM | 773-466-0871 | CHICAGO,IL | PU | 8 | |
| 634 | 11/18 | 11:35 AM | 713-302-6172 | Incoming | CW/PU | 3 | |
| 635 | 11/18 | 11:37 AM | 773-466-0871 | CHICAGO,IL | PU | 1 | |
| 636 | 11/18 | 11:38 AM | 614-937-8328 | COLUMBUS,OH | PU | 17 | |
| 637 | 11/18 | 11:39 AM | 713-337-5801 | ,TX | 3W/PU | 16 | |
| 638 | 11/18 | 11:57 AM | 626-808-5189 | PSDN MAIN,CA | PU | 1 | |
| 639 | 11/18 | 12:16 PM | 513-277-1930 | CINCINNATI,OH | PU | 4 | |
| 640 | 11/18 | 12:40 PM | 512-662-8982 | AUSTIN,TX | PU | 5 | |
| 641 | 11/18 | 01:23 PM | VoiceMail | AUSTIN,TX | PU | 1 | |
| 642 | 11/18 | 01:42 PM | 512-583-1460 | Incoming | PU | 19 | |
| 643 | 11/18 | 02:01 PM | 512-662-8982 | AUSTIN,TX | PU | 2 | |
| 644 | 11/18 | 02:43 PM | 512-662-8982 | AUSTIN,TX | PU | 1 | |
| 645 | 11/18 | 02:46 PM | VoiceMail | AUSTIN,TX | PU | 1 | |
| 646 | 11/18 | 02:57 PM | VoiceMail | AUSTIN,TX | PU | 2 | |
| 647 | 11/18 | 02:59 PM | VoiceMail | AUSTIN,TX | PU | 1 | |
| 648 | 11/18 | 02:59 PM | 626-808-5189 | PSDN MAIN,CA | PU | 1 | |
| 649 | 11/18 | 03:23 PM | 512-687-3401 | Incoming | PU | 1 | |
| 650 | 11/18 | 06:59 PM | VoiceMail | AUSTIN,TX | PU | 2 | |
| 651 | 11/18 | 07:01 PM | 512-662-8982 | AUSTIN,TX | PU | 3 | |
| 652 | 11/18 | 07:40 PM | 512-662-8982 | AUSTIN,TX | PU | 1 | |

PU - Plan/Promotional Usage    CW - Call Waiting    3W - Three Way Call

BKW 000536