# Exhibit D
# (Summary Notice)

<u>LEGAL NOTICE</u>

**PLEASE DO NOT CONTACT SPRINT OR THE COURT FOR INFORMATION**

**If you are a current or former Sprint consumer accountholder,
you could receive benefits from a class action settlement:**

A proposed Settlement has been reached with Sprint in a class action lawsuit, *Eric Barkwell, et al., v. Sprint Communications Company, L.P., et al.,* Case No. 4:09-CV-56 (CDL), United States District Court for the Middle District of Georgia, wherein the Plaintiffs allege that Sprint improperly disclosed and/or charged certain monthly surcharges that Sprint collects from its customers to help defray certain costs, including but not limited to, costs associated with government programs and network connections ("Sprint Surcharges"). Sprint denies all of the claims. The Court has not decided which side is right.

The Settlement Class includes all current and former consumer accountholders of Sprint or Sprint Nextel-branded services who, from January 1, 2007 to Month 00, 2013, were charged or subject to Sprint Surcharges. The Settlement Class does not include governmental or corporate accounts.

There is also a sub-class ("Fee Notice Sub-Class") that is limited to current and former consumer accountholders who were subject to Sprint Surcharges, who did not receive notice of Sprint Surcharge increases, and who generally fall into one or more of the following categories: (i) opened their account between November 11, 2007 - December 31, 2007, (ii) were on suspension on November 11, 2007, but were subsequently reinstated; (iii) opened their account between October 5, 2008 - December 31, 2008, (iv) were on suspension on October 5, 2008, but were subsequently reinstated; (v) opened their account between November 8, 2009 - December 31, 2009; (vi) were on suspension on November 8, 2009, but were subsequently reinstated; or (vii) opened their account in a Sprint retail store at any time during 2009. There are approximately 2.3 million members in this Sub-Class.

All Settlement Class Members will receive the Prospective Relief set forth in the Settlement Agreement, which includes changes to the manner in which Sprint Surcharges are disclosed. Fee Notice Sub-Class Members will also have the option of selecting a Cash Benefit of up to $1.00 per qualifying account **OR** one of the following Non-Cash Benefits: (i) a 30-minute long distance, domestic calling card; (ii) a 30% discount on any accessory purchased at a Sprint-owned retail store, limited to one accessory; or (iii) a waiver of the $36 activation fee when activating a new line of service under Sprint's then-existing Terms & Conditions of Services if the Claimant is eligible under Sprint's activation and credit policies.

If you are a member of the Settlement Class, you have certain rights and options, such as requesting exclusion from the Settlement, or objecting to the Settlement. Fee Notice Sub-Class Members also can submit a Claim online at www.sprintsurchargesettlement.com or by mail. The Claim Deadline is Month 00, 2013. As part of the Settlement, Class Counsel will request attorneys' fees/expenses of no more than $500,000, and incentive awards for the Class Representatives of no more than $10,000. Attorneys' fees, expenses, and incentive awards will be paid by Sprint and will not affect the Settlement Benefits to the Settlement Class or Fee Notice Sub-Class under the Settlement.

IF YOU DO NOT WISH TO BE PART OF, OR IF YOU WISH TO OBJECT TO, THIS SETTLEMENT, you may exclude yourself or file an objection with the Court. To exclude yourself, you must mail a Request for Exclusion, postmarked no later than Month 00, 2013 to Gilardi & Co. LLC, P.O. Box 8060, San Rafael, CA 94901-8060. If you do not submit a written Request for Exclusion, you will be bound by the Final Approval Order and Judgment entered in the Action. To object to the Settlement, you must file an objection with the Court by no later than Month 00, 2013. The Court, located at 120 12th Street, Columbus, GA 31902, will conduct a hearing on whether to approve the Settlement, and if so, will determine what fees and expenses should be awarded to Class Counsel and what incentive payments should be awarded to the Class Representatives. The Final Approval Hearing is presently scheduled for Month 00, 2014, but may be changed. Any Settlement Class Member may enter an appearance with the Court. If you have already submitted a Claim, or excluded yourself from the Settlement, you need not take any further action.

THIS IS ONLY A SUMMARY NOTICE. A more complete description of this Action and Settlement, including the specific steps you must take to exclude yourself from the Settlement Class, claim Settlement Benefits, or object to the Settlement, is contained in the Long Form Notice. You may review the Long Form Notice at www.sprintsurchargesettlement.com, send a written request for a copy to Gilardi & Co. LLC, P.O. Box 8060, San Rafael, CA 94901-8060, or call 1-866-571-4407. Please do not contact the Court or Sprint. Capitalized terms used herein are defined in the Settlement Agreement.

51157925_1