# Exhibit F
# (Invoice Notice)

# INVOICE NOTICE

Invoice Front

| Header | **Settlement of Class Action RE Sprint Surcharges** | | |
|---|---|---|---|
| Line 1 | Consumer customers who paid Sprint Surcharges from | | |
| Line 2 | 1/1/07 to _/__/13 may be members of a proposed class | | |
| Line 3 | settlement and eligible for cash or non-cash benefits. | | |
| Line 4 | For information see Legal Notice posted on the back of | | |
| Line 5 | this invoice or visit www.sprintsurchargesettlement.com. | | |
| | | Total Character Count | |

Invoice Back

CLASS ACTION SETTLEMENT NOTICE
Eric Barkwell, et al., v. Sprint Communications Company, L.P., et al., Civ. No. 4:09-CV-56
Read this Notice carefully.  Your legal rights may be affected.
PLEASE DO NOT CONTACT SPRINT OR THE COURT FOR INFORMATION

A Settlement has been reached in a class action lawsuit alleging that Sprint improperly disclosed and/or collected certain monthly charges from its consumer customers that are referred to as "Sprint Surcharges." Sprint denies all of the claims. The Court has not decided which side is right.

**Who's Included?**  The Settlement Class includes all current and former Sprint consumer accountholders who, from January 1, 2007 through Month 00, 2013, were charged or subject to Sprint Surcharges. The Settlement Class does not include governmental or corporate accounts. There is also a sub-class known as the "Fee Notice Sub-Class" that is defined at www.sprintsurchargesettlement.com.

**What Are the Settlement Terms?**  All Settlement Class Members will receive the Prospective Relief set forth in the Settlement Agreement, which includes changes to the manner in which Sprint Surcharges are disclosed. In addition, Fee Notice Sub-Class Members will have the option of selecting a Cash Benefit of up to $1.00 per qualifying account, or certain other Non-Cash Benefits in accordance with the Settlement Benefit Rules in the Settlement Agreement. Fee Notice Sub-Class Members can submit a Claim online at www.sprintsurchargesettlement.com or by mail. The Claim Deadline is Month 00, 2013.

**Your Rights May Be Affected.** If you do not want to be legally bound by the Settlement, you must ask (in writing) to be excluded from the Settlement Class by Month 00, 2013. If you do not exclude yourself, you will release claims that were or could have been made against Sprint with respect to Sprint Surcharges. If you stay in the Settlement Class, you may object to the Settlement by Month 00, 2013. The Court has scheduled a hearing on Month 00, 2014 to consider whether to approve the Settlement and a request for attorneys' fees, costs, and expenses of up to $500,000 and incentive awards to the Class Representatives of up to $10,000. You can appear at the hearing, but you do not have to. You can hire your own attorney, at your own expense, to appear or speak for you at the hearing. For complete information about the settlement and/or to learn more about how to exclude yourself from or object to the Settlement, go to www.sprintsurchargesettlement.com or call 1-866-571-4407.

51214208_1