# Exhibit G
# (Claim Form)

# SPRINT SURCHARGES SETTLEMENT CLAIM FORM

This relates to your Sprint Individual Liable Account

**PLEASE DO NOT CONTACT SPRINT OR THE COURT FOR INFORMATION**

IF YOU HAVE IDENTIFIED YOURSELF AS A MEMBER OF THE FEE NOTICE SUB-CLASS AND BELIEVE THAT YOU ARE ENTITLED TO CLAIM A BENEFIT, PLEASE (1) ACCURATELY FILL IN AS MUCH OF THE INFORMATION REQUESTED ON PAGE 1 AS POSSIBLE, (2) MAKE YOUR BENEFIT ELECTION ON PAGE 3, AND (2) SIGN THE DECLARATION ON PAGE 3

(If you are unsure whether you are a Fee Notice Sub-Class Member or entitled to a Settlement Benefit, please review the Settlement Agreement including the Fee Notice Sub-Class Definition and benefit categories available at the Settlement Website by clicking here:  www.sprintsurchargesettlement.com.  The defined terms used in this Claim Form, other than those defined in this Claim Form, shall have the same meaning set forth in the Settlement Agreement.

THIS CLAIM FORM MUST BE POSTMARKED OR FILED ELECTRONICALLY NO LATER THAN **MONTH 00, 2013** (the "CLAIM PERIOD"):

Your Name: _____

Sprint Account Name(s) or Authorized Account Holder Name(s): _____

Sprint Account Number(s): _____

Sprint Wireless Phone Number(s): _____

Approximate Dates of Wireless Service Contract(s): _____

Current Email Address: _____

Current Home Address: _____

Current Telephone Number: _____

     Subject to the terms of the Settlement Agreement, and pending Final Approval of the Settlement, to obtain any Cash or Non-Cash Benefits in this Settlement, you must complete and timely submit a Claim Form.  This Claim Form is one of the means by which you can submit your Claim. IT IS IMPORTANT THAT YOUR CLAIM FORM IS COMPLETE AND YOU HAVE SUPPLIED ANY SUPPORTING DOCUMENTATION.  You may also complete a Claim on-line at www.sprintsurchargesettlement.com.  To save yourself the postage, you are highly encouraged to submit claims on-line.

All Claims must be postmarked or electronically filed on or before the expiration date of the Claim Period. If you provide incomplete, incorrect, or inaccurate information, your Claim may be denied. By submitting a Claim Form, you are agreeing to participate in the Settlement, if it becomes final, and you are forever waiving any right to seek judicial recourse or otherwise make any Claim that is subject to the release in the Settlement Agreement. For complete settlement terms see the Settlement Agreement at www.sprintsurchargesettlement.com.

### GENERAL INSTRUCTIONS

1. This Settlement will provide benefits to individual Sprint customers who qualify as Fee Notice Sub-Class Members. Two categories of benefits are available. Submit your Claim under the category that best fits your needs. You may choose only ONE of the categories of the Settlement Benefits outlined below. The benefit amounts shown are the highest possible amounts. To obtain any Non-Cash Benefit selected below, you will need to have a code number given to you by the Claims Administrator. That code, along with instructions of how to obtain a Settlement Benefit will be provided to you after the Claims Administrator's receipt, validation, and, if qualified and complete, approval of your Claim. No Settlement Benefits of any kind will be provided until after the settlement approval is final and no longer subject to modification in the courts, and that could take a substantial amount of time. To obtain the latest information about the status of the Settlement, please visit www.sprintsurchargesettlement.com.

2. Although supporting documentation is not required, if you are presenting documentation in support of your Claim, produce COPIES, and keep all originals in your possession. Be sure that all copies are legible.

3. All Claims must be postmarked or electronically filed on or before the expiration of the Claims Period. All Claim materials and representations in support of your Claim materials must be true and correct, are subject to verification by Sprint records, Class Counsel and the Claims Administrator, and are submitted by you under penalty of perjury of the laws of the United States.

4. Please refer to the Settlement Agreement which can be found at www.sprintsurchargesettlement.com if you require more detailed instructions, or contact the Claims Administrator at 1-866-571-4407.

5. Please note that no Settlement Benefit is available if: (i) you previously received a credit, adjustment or offset of all of the Sprint Surcharges attributable to your Individual Liable Account; or (ii) you released Sprint from liability arising out of Surcharges in a prior claim or lawsuit. No Cash Benefit is available for members of the Fee Notice Sub-Class that never paid to Sprint any amounts for Sprint Surcharges.

## **BENEFIT ELECTION**

You may choose either the Cash Benefit or one of the Non-Cash Benefits for each qualified Individual Liable Account.  Choose the Benefit that best fits your needs.

1) If you elect the $1.00 CASH BENEFIT, place an "X" here: _____

2) If you elect the NON-CASH BENEFIT, place an "X" next to ONE of the Non-Cash Benefits listed below:

   a) _____ 30-minute long distance, domestic calling card; or

   b) _____ a 30% discount on any accessory purchased at a Sprint-owned retail store, limited to one accessory; or

   c) _____ a waiver of the $36 activation fee when activating a new line of service under Sprint's then-existing Terms & Conditions of Services (Please be advised that this option is only available to participating Fee Notice Sub-Class Members who are eligible under Sprint's activation and credit policies).

## **DECLARATION UNDER PENALTY OF PERJURY**

By submitting this Claim Form, I represent under penalty of perjury that to the best of my knowledge and belief:

1) I am a Member of the Fee Notice Sub-Class;
2) I am an authorized representative of the Sprint account identified on page 1 of this Claim Form; and
3) The Sprint account identified on page 1 of this Claim Form was charged and/or paid Sprint Surcharges.

I also attest that all of the information I have provided above is true and correct and that the copies of documents I have provided (to the extent any were provided) are also true and correct.  I further represent that I am over the age of eighteen (18) and am of sound mind.

| | |
|---|---|
| Claimant Signature | Date |

NOTE: Do not call or write to Sprint, Sprint's Customer Care, Sprint's lawyers, or the Court regarding the Settlement, Benefits or Claim Form.  Inquiries should be addressed to the Claims Administrator at 1-866-571-4407.