# Exhibit H
# (Revised Notice and Disclosure Language)

**SPG Service Plan Guide**

**Monthly charges exclude taxes & Sprint Surcharges [incl. USF charge of up to XXX (varies quarterly), up to $XXX Admin. & XXX Reg. /line/mo. & fees by area (approx. 5-20%)]. Sprint Surcharges are fees we choose to collect from you and are not taxes. See sprint.com/taxesandfees.

**Advertising**

**Monthly charges exclude taxes and Sprint Surcharges [incl. USF charge up to XXX (varies quarterly), up to $XXX Admin. & XXX Reg./line/mo.& fees by area (approx. 5-20%)]. Surcharges are not taxes. See sprint.com/taxesandfees.

**Bravo Transactional Summary** (Point of Sale Agreement in Retail Stores)

**Monthly Surcharges, Fees & Tax Details**
This is an estimated breakdown of the surcharges, fees and taxes
that will be added to your monthly charges. Monthly charges exclude
taxes and Sprint Surcharges and are subject to change. Sprint Surcharges incl. Fed USF of up to XXX (varies quarterly), Administrative Charge (up to $XXX/line/mo.), Regulatory Charge ($XXX/line/mo.) & state/local fees by area (approx. 5-20% of total monthly charge)].

**Sprint Surcharges**: Sprint Surcharges are rates we choose to collect from you to help defray certain costs, including but not limited to, costs associated with government programs and network connections. Sprint Surcharges are not taxes or amounts we are required to collect from you by law. Sprint Surcharges may include: Federal USF, Regulatory Charge, Administrative Charge, gross receipts charges, and other charges. Sprint Surcharge rates and the component costs used to calculate Sprint Surcharges are subject to change at our sole discretion.

**eSA (Dealer Agreements)**
Monthly charges exclude taxes and Sprint Surcharges
 Sprint Surcharges are not taxes or government required charges, but are charges we choose to impose at our discretion to defray certain costs. Sprint Surcharge rates and component costs used to calculate them are subject to change; they include, but are not limited to: Fed USF charge of up to XXX (varies quarterly), Administrative Charge (up to $XXX/line/mo.), Regulatory Charge ($XXX line/mo.) & state/local fees by area]. Details: Sprint.com/taxes and fees.

**Invoice**

**Sprint Surcharges**

**Conform to language above within BRAVO (complete conform)**

**Government Taxes and Fees**

**Government fees & taxes:** Taxes and fees imposed directly on customers, which Sprint collects on the government's behalf.

**Sprint.com** (multiple sources of information, below is the information page on line items:

**Know about Sprint Surcharges and Government Taxes and Fees**

In addition to the monthly service charges billed for Sprint's Services, Sprint Surcharges and Government taxes, fees and other charges will be applied to your monthly invoice based on the type of wireless service you have and your geographical location. Examples include, but are not limited to:

**SPRINT SURCHARGES**

**Conform to Surcharges in BRAVO**

**Administrative Charge**

The Administrative Charge is applied per line, per month by Sprint to help defray various costs incurred by Sprint, including, but not limited to, charges imposed on Sprint from other telecommunications carriers and charges and fees from local telephone companies for delivery of calls from our customers to theirs and for certain network facilities and services we must purchase from them. The Administrative Charge appears as a separate line item under Sprint Surcharges of your invoice. This charge is not a tax and is not an amount we are required to collect from you by law. The Administrative Charge and the components used to calculate this charge are subject to change from time to time.

**Regulatory Charge**
The Regulatory Charge is assessed per line, per month by Sprint to help defray costs of various federal, state, and local regulatory programs. The Regulatory Charge appears as a separate line item in the Sprint Surcharges or Surcharges and Fees section of your invoice. This charge is *not* a tax and is *not* an amount we are required to collect from you by law. The Regulatory Charge and the components used to calculate this charge are subject to change from time to time.

*Additionally, Sprint.com has a 'how to read your bill' support tool on Sprint.com.  Sprint will conform this disclosure to be consistent with the Sprint Surcharges disclosures herein, although Sprint is not required to maintain a 'How to Read Your Bill' tool.*

**NOTICES**

Sprint News and Notices is a section displayed on the first page of paper invoices.  The current message states:

 "Sprint is making changes to its policies, please see the Sprint News and Notices box on the back of this page for details"

When Sprint notifies customers of certain changes Sprint Surcharges, such notices are communicated via "Sprint News and Notices" section of the invoice.  Sprint agrees that when it is providing notice of any such change, the notice will inform customers of the change, effective date of the change, how to obtain additional information and a reminder to consult their Service Agreement or wireless agreement.  An example of a compliant notice is set forth below:

[Tagline: Surcharge Increase example]

| **Administrative Charge Increase** |
| --- |
| Effective 9/1/13, the Administrative Charge will increase to $XXX per line per month for customers subject to the charge. For details on surcharges, visit sprint.com/taxesandfees and review your wireless service agreement. |
|  |

51233037_2