**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

———————————————————————

ERIC BARKWELL and GARY MASSEY, on )
behalf of themselves and all other similarly )
situated persons, )
)
   Plaintiffs, )
)   CIVIL ACTION FILE
v. )
)   NO. 4:09-CV-56 (CDL)
SPRINT COMMUNICATIONS COMPANY, L.P, )
SPRINT NEXTEL CORPORATION, SPRINT )
SOLUTIONS, INC., and SPRINT SPECTRUM, )
L.P., )
)
   Defendants. )

———————————————————————

**CONSENT MOTION TO EXTEND PAGE LIMIT FOR
MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT,
APPLICATION FOR INCENTIVE AWARDS, AND
APPLICATION FOR ATTORNEYS' FEES AND EXPENSES**

COME NOW Plaintiffs and Class Counsel and, with the consent of Sprint, respectfully request leave to exceed the page limit set forth in Local Rule 7.4 in conjunction with their Motion for Final Approval of Class Settlement, Application for Incentive Awards, and Application for Attorneys' Fees and Expenses. The grounds for this motion are as follows:

   1.  Pursuant to the directives of the Court [Dkt. No. 79], Plaintiffs have requested three types of related relief in this matter: (a) final approval of the proposed Settlement; (b) approval of the proposed Incentive Awards; and (c) an award for attorneys' fees and expenses.

   2.  Instead of filing three separate motions addressing each form of requested relief, and in an effort to avoid duplication, Plaintiffs are filing one motion addressing all three points.

3.      Plaintiffs have made every effort to streamline the motion, but in order to thoroughly and completely address the three issues Plaintiffs require a total of 45 pages.

4.      Plaintiffs have confirmed with opposing counsel that Sprint does not oppose, but rather consents to relief requested herein.

Accordingly, Plaintiffs respectfully request an extension of Local Rule 7.4's page limit as requested herein.

DATED this 7th day of February, 2014.

Respectfully submitted,

BY:     WEBB, KLASE & LEMOND, LLC

*/s/ E. Adam Webb*
E. Adam Webb
   Georgia State Bar No. 743910
Matthew C. Klase
   Georgia State Bar No. 141903

1900 The Exchange, S.E.
Suite 480
Atlanta, Georgia 30339
(770) 444-0773
(770) 217-9950 (fax)

Counsel for Plaintiffs and the Class

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2014, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system, which will send a notice to the counsel of record listed below:

H. Wayne Phears, Esq.
R. Patrick Dover, Esq.
McGuire Woods LLP
1170 Peachtree Street N.E., Suite 2100
Atlanta, Georgia 30309
wphears@mcguirewoods.com
rdover@mcguirewoods.com

DATED this 7th day of February, 2014.

*/s/ E. Adam Webb*
E. Adam Webb